**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CAROLYN GARDNER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-1034 |
| | : | |
| **KUTZTOWN UNIVERSITY, et al.** | : | |

## O R D E R

**AND NOW,** this 9th day of June, 2022, **IT IS HEREBY ORDERED** that the above captioned matter is **REFERRED** to United States Magistrate Judge Richard A. Lloret for the purpose of scheduling and conducting a settlement conference. Plaintiff's counsel shall contact Judge Lloret's chambers to schedule a conference upon receipt of this order.

                **BY THE COURT:**

                /s/ Jeffrey L. Schmehl
                JEFFREY L. SCHMEHL, J.