IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLYN GARDNER | : |
| Plaintiff | : CIVIL ACTION |
| | : |
| | : NO. 22-1034 |
| v. | : |
| | : |
| KUTZTOWN UNIVERSITY, *et al.* | : |

## PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY EMERGENCY RELIEF

For all the reasons set forth in the accompanying Memorandum of Law, Carolyn Gardner, through her undersigned counsel, respectfully requests that the Court enter a Temporary Restraining Order and/or other Preliminary Injunctive Relief against Kutztown University, and the individual defendants, Kenneth S. Hawkinson, Jesus Peña, and Jennifer Weidman, requiring them to restore her to full active duty employment as Associate Professor of Business Administration with a remote work accommodation for all of her scheduled classes for the 2022 fall semester in full accordance with Section 504 of the Rehabilitation Act, 29 U.S.C. §794.

Respectfully Submitted:

By: *Lorrie McKinley*

LORRIE MCKINLEY, ESQUIRE
Attorney I.D. No. 41211

**McKINLEY & RYAN, LLC**
238 West Miner Street
West Chester, PA 19382
(610) 436-6060

**RALPH E. LAMAR**
902 W. Hamilton Street, #225
Allentown, PA 18101
(610) 563-0726
ralphlamar@ymail.com

*Attorneys for Plaintiff Carolyn Gardner*

DATE: August 17, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on this date, August 17, 2022, a true and correct copy of the foregoing Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Emergency Relief was served upon counsel by way of the Court's ECF system as follows:

> Kathy A. Le, Esquire
> Deputy Attorney General
> Pennsylvania Office of Attorney General
> Eastern Regional Office, Civil Litigation Section
> 1600 Arch Street, Suite 300
> Philadelphia, PA 19103
> kle@attorneygeneral.gov

LORRIE McKINLEY, ESQUIRE