**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CAROLYN GARDNER,                          :
                                          :
                    Plaintiff,            :        CIVIL ACTION
                                          :
            v.                            :        No.  5:22-CV-01034
                                          :
KUTZTOWN UNIVERSITY, DR.                  :
KENNETH S. HAWKINSON, JESUS PEÑA          :
*and* JENNIFER WEIDMAN,                    :
                                          :
                    Defendants.           :

<u>**NOTICE OF SUBSTITUTION OF COUNSEL**</u>

Kindly substitute the appearance of Senior Deputy Attorney General Matthew Skolnik in replacement of Deputy Attorney General Melissa Medina on behalf of the Defendants Kutztown University, Dr. Kenneth S. Hawkinson, Jesus Peña, and Jennifer Weidman, in the above captioned case.

Respectfully submitted,

MICHELLE A. HENRY
Attorney General

Date: June 21, 2023                  By:    */s/ Matthew Skolnik*
                                            _____
OFFICE OF ATTORNEY GENERAL                  Matthew Skolnik
1600 Arch Street, Suite 300                 Senior Deputy Attorney General
Philadelphia, PA 19103                      Attorney ID No. 89423
Phone: (215) 560-2136
Fax: (717) 772-4526                          /s/Melissa Medina
mskolnik@attorneygeneral.gov                _____
                                            Melissa Medina
                                            Deputy Attorney General
                                            Attorney ID No. 327048

                                            Karen M. Romano
                                            Chief Deputy Attorney General
                                            Civil Litigation Section
                                            Counsel for Defendants

<u>**CERTIFICATE OF SERVICE**</u>

I, Matthew Skolnik, hereby certify that the foregoing *Notice of Substitution of Counsel*

has been filed electronically on this date and is available for viewing and downloading from the

Court's Electronic Case Filing system by all counsel of record.

<u>VIA ECF</u>

Ralph E. Lamar, IV, Esquire                          Lorrie McKinley, Esquire
4728 Hamilton Boulevard                              McKinley & Ryan LLC
Allentown, PA  18103                                 238 West Miner Street
ralphlamar@ymail.com                                 West Chester, PA  19382
*Counsel for Plaintiff*                              lmckinley@mckinleyryan.com
                                                     *Counsel for Plaintiff*


 *s/ Matthew Skolnik*      
MATTHEW SKOLNIK
Senior Deputy Attorney General