IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CAROLYN GARDNER** | : CIVIL ACTION |
| | : |
| v. | : NO. 22-1034 |
| | : |
| **KUTZTOWN UNIVERSITY, et al.** | : |

### PRELIMINARY INJUNCTIVE ORDER

**AND NOW**, this 20th day of July, 2023, following a telephonic conference call with counsel, it is hereby **ORDERED** that the terms of the Court's prior Preliminary Injunctive Order dated January 23, 2023 that are set to expire on July 25, 2023 are now extended until further Order of the Court.

                **BY THE COURT:**

                **/s/ Jeffrey L. Schmehl**
                JEFFREY L. SCHMEHL, J.