## Re: ADA Resolution Form - Carolyn Gardner - Spring 2022.pdf

Gardner, Carolyn <gardner@kutztown.edu>
Thu 1/20/2022 10:45 AM
To: Weidman, Jennifer <weidman@kutztown.edu>

Hello Jennifer,
Thank you for the email.
You may not know that I am represented by legal counsel in this situation and she, Lorrie McKinley, has been communicating with the legal department at PASSHE.

I am guessing that all correspondence about this ADA matter should go through Ms. McKinley or PASSHE legal.

Thank you,
Carolyn

---

**From:** Weidman, Jennifer <weidman@kutztown.edu>
**Sent:** Wednesday, January 19, 2022 2:51 PM
**To:** Gardner, Carolyn <gardner@kutztown.edu>; Martin, Alexis <amartin@kutztown.edu>
**Subject:** RE: ADA Resolution Form - Carolyn Gardner - Spring 2022.pdf

Hello Carolyn,

In addition to the alternative accommodations listed on the resolution form dated 1/12/22, I also wanted to add another option, available alone or in conjunction to the previously offered face shield and standing plexiglass shield. Your in-person classes for the spring semester could be relocated to a larger classroom allowing you to be spaced further away from your students.

As I am away from the office, I don't have access to be able to update the original resolution form with this additional alternative. Please consider this email as if it were a revised alternative accommodation form and let us know if you accept or reject any or all of these alternative accommodations offered.

Regards,
Jennifer



**Jennifer S. Weidman MPA '93 & '20M**
Director Human Resources
**Kutztown University of Pennsylvania**
Academic Forum, Room 4
PO Box, Kutztown, PA
email: weidman@kutztown.edu   www.kutztown.edu

**From:** Gardner, Carolyn <gardner@kutztown.edu>
**Sent:** Friday, January 14, 2022 4:50 PM