UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAROLYN GARDNER** | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 22-1034 |
| **KUTZTOWN UNIVERSITY,** *et al.* | : | |

**STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND REPLY BRIEF TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

This stipulation between counsel for the Plaintiff, Carolyn Gardner for all Defendants that the time for Plaintiff to respond to Defendants' Cross-Motion for Summary Judgment and/or her Reply to Defendants' Response to her Partial Motion for Summary Judgment shall be extended to August 31, 2023, subject to the Court's approval.

| | |
|---|---|
| /s/ Lorrie McKinley | /s/ Kevin Bradford |
| **LORRIE McKINLEY, ESQUIRE** | **KEVIN BRADFORD, ESQUIRE** |
| Attorney ID No. 41211 | Attorney I.D. No. 88576 |
| | **MATTHEW SKOLNIK, ESQUIRE** |
| | Counsel for Defendants |
| **McKINLEY & RYAN, LLC** | **OFFICE OF ATTORNEY GENERAL** |
| 238 West Miner Street | 1600 Arch St., Suite 300 |
| West Chester, PA 19382 | Philadelphia, PA 19103 |
| Telephone (610) 436-6060 | Phone: (215) 560-2262 |

**RALPH E. LAMAR**
4728 Hamilton Blvd.
Allentown, PA 18103
(610) 563-0726

**APPROVED BY THE COURT:**      /s/ Jeffrey L. Schmehl
                                              JEFFREY L. SCHMEHL, J.

**DATE**:                                August 23, 2023