IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CAROLYN GARDNER** | : CIVIL ACTION |
| | : |
| v. | : NO. 22-1034 |
| | : |
| **KUTZTOWN UNIVERSITY, et al.** | : |

### ORDER

**AND NOW**, this 27th day of March, 2024, it is hereby **ORDERED** that:

1. The Plaintiff's Motion for Partial Summary Judgement [Doc. 43] is **GRANTED**.

2. Judgment is **ENTERED** in favor of the Plaintiff and against Defendant Kutztown University on Counts I, II, III, IV, V and the part of Count VI asserting a claim for interference.

3. The Defendants' Motion for Summary Judgment [Doc. 63] is **GRANTED** in part and **DENIED** in part.

4. The Motion is **GRANTED** as to Counts VII, VIII, XI and XII and the part of Count VI asserting a claim for retaliation.

5. The motion is **DENIED** as to all other Counts.

6. Judgment is **ENTERED** in favor of Defendant Kutztown University and against the Plaintiff on the part of Count VI asserting a claim for retaliation.

7. Judgment is **ENTERED** in favor of Defendant Kenneth Hawkinson and against Plaintiff on Counts VII and VIII of the Complaint.

8. Judgment is **ENTERED** in favor of Defendant Jesus Pena and against Plaintiff on Count XI of the Complaint.

1

9. Judgment is **ENTERED** in favor of Defendant Jennifer Weidman and against Plaintiff on Count XII of the Complaint.[1]

                                  **BY THE COURT:**

                                  <u>/s/ Jeffrey L. Schmehl</u>
                                  **JEFFREY L. SCHMEHL, J.**

---

[1] There are no Counts IX or X listed in the Complaint.