IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN OROSS, III** | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| | : | NO. 21-5032 |
| v. | : | |
| **KUTZTOWN UNIVERSITY**, *et al.* | : | |
| | : | |

**ORDER**

AND NOW, this         Day of        2025, upon consideration of Plaintiff's Motion for Attorneys Fees and Costs, it is hereby ORDERED and DECREED that the Motion is GRANTED. Within twenty (20) days of the date of this ORDER, Defendants are directed to reimburse Plaintiff and his counsel as follows:

**Attorney's Fees:**

| | |
|---|---|
| McKinley & Ryan, LLC | $773,074.50 |
| Ralph Lamar, Esquire | $123,667.50 |

**Litigation Costs**

| | |
|---|---|
| Dr. Stephen Oross | $6525.85 |
| Ralph Lamar, Esquire | $233.27 |

BY THE COURT:

_____
JEFFREY L. SCHMEHL, J.