## LITIGATION COSTS
*Oross v. Kutztown University, et al.*

**Depositions Transcripts**

| | |
|---|---|
| Alexis Martin | $274.25 |
| Jennifer Weidman | $612.25 |
| Dr. Howard Eisen | $444.70 |
| Jesus Pena | $783.25 |
| Kenneth Hawkinson | $1009.00 |
| Stephen Oross, III | $645.40 |

**Other Expenses**

| | |
|---|---|
| EDPA Filing Fee | $402.00 |
| Focus Group | $2355.00 |

**Ralph Lamar Travel and Meal Expenses**

| | |
|---|---|
| Mileage to McKinley & Ryan, LLC from Allentown, PA | $87.75 |
| Mileage to McKinley & Ryan, LLC from Allentown, PA | $93.75 |
| Post-Focus Group Working Lunch with Co-counsel | $51.77 |
| **Total Litigation Expenses** | **$6759.12** |

| Kaplan, Leaman & Wolfe Court Reporters | | Invoice |
|---|---|---|

230 South Broad Street
Suite 1303
Philadelphia, PA 19102
Phone: (877) 559-3376    Fax: (215) 922-1950

| Invoice Date | Invoice # |
|---|---|
| Monday, March 21, 2022 | 13778 |

Lorrie McKinley
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Phone:    (610) 436-6060     Fax:    (610) 436-6804

| | |
|---|---|
| Witness: | Alexis Martin |
| Case: | Stephen Oross vs. Kutztown University, et al. |
| Venue: | |
| Case #: | |
| Date: | 3/2/2022 |
| Start Time: | 10:00 AM |
| End Time: | :0 |
| Reporter: | ack, Kelli Jastrzembski |
| Claim #: | |
| File #: | 96728da |

| Description | Quan | Total |
|---|---|---|
| Original and One Copy | 69 | $224.25 |
| Appearance Fee | 1 | $50.00 |
| Sub Total | | $274.25 |
| Payments | | $0.00 |
| Balance Due | | $274.25 |

*We appreciate your business!*

Fed. I.D. # 455337944
*PLEASE NOTE OUR NEW CHANGE OF ADDRESS*

## Kaplan Leaman & Wolfe Court Reporters

**Invoice**

230 South Broad Street
Suite 1303
Philadelphia, PA 19102
Phone: (877) 559-3376     Fax: (215) 922-1950

| Invoice Date | Invoice # |
|---|---|
| Wednesday, March 16, 2022 | 13710 |

Lorrie McKinley
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Phone: (610) 436-6060    Fax: (610) 436-6804

| | |
|---|---|
| Witness: | Jennifer Weidman |
| Case: | Stephen Oross vs. Kutztown University, et al. |
| Venue: | |
| Case #: | |
| Date: | 3/7/2022 |
| Start Time: | 10:00 AM |
| End Time: | : 0 |
| Reporter: | /ice, Kelli Jastrzembski |
| Claim #: | |
| File #: | 96731da |

| Description | Quan | Total |
|---|---|---|
| Original and One Copy | 173 | $562.25 |
| Appearance Fee | 1 | $50.00 |
| | Sub Total | $612.25 |
| | Payments | $0.00 |
| | Balance Due | $612.25 |

*We appreciate your business!*

Fed. I.D. # 45-5337944
*We appreciate your business!*



**Strehlow**
COURT REPORTING
www.StrehlowInc.com
215-504-4622

Lorrie McKinley, Esq.
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

# INVOICE
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 22201 | 4/12/2022 | 21795 |
| Job Date | Case No. | |
| 3/31/2022 | | |
| Case Name | | |
| Stephen Oross, III v Kutztown University, et al | | |
| Payment Terms | | |
| Net 30 | | |

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Dr. Howard Eisen-2 bw exh pgs                                                             293.70
    Exhibits       2.00 Pages @ 0.500    1.00
    Production Fee       1.00 Flat Fee @ 150.000    150.00

**TOTAL DUE   >>>   $444.70**

Location of Job   : VIRTUAL
\* Medical

(-) Payments/Credits:    0.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:    **$444.70**

---

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Lorrie McKinley, Esq.
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Job No.   : 21795       BU ID     : 1-MAIN
Case No.   :
Case Name   : Stephen Oross, III v Kutztown University, et al

Invoice No.   : 22201       Invoice Date  : 4/12/2022
**Total Due   : $444.70**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA
Cardholder's Name:
Card Number:
Exp. Date:                         Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Strehlow & Associates, Inc.**
         **PO Box 734298 Dept 2032**
         **Dallas, TX 75373**

# Kaplan Leaman and Wolfe

## Invoice

230 South Broad Street
Suite 1303
Philadelphia, PA 19102
Phone: (877) 559-3376        Fax: (215) 922-1850

| Invoice Date | Invoice # |
|---|---|
| Tuesday, July 12, 2022 | 15932 |

Lorrie McKinley
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Phone:   (610) 436-6060      Fax:   (610) 436-6804

| | |
|---|---|
| **Witness:** | Jesus Pena |
| **Case:** | Stephen Oross vs. Kutztown University, et al. |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 6/17/2022 |
| **Start Time:** | 10:00 AM |
| **End Time:** | : 0 |
| **Reporter:** | iere, Kelli Jastrzembski |
| **Claim #:** | |
| **File #:** | *111853dmh* |

| Description | Quan | Total |
|---|---|---|
| Original and One Copy | 241 | $783.25 |
| | Sub Total | $783.25 |
| | Payments | $0.00 |
| | Balance Due | $783.25 |

*We appreciate your business!*

Fed. I.D. # 455337944
*We appreciate your business!*

## Kaplan Leaman & Wolfe Court Reporters

**Statement**

230 South Broad Street
Suite 1303
Philadelphia, PA 19102
Phone: (877) 559-3376    Fax: (215) 922-1950

**Date** 8/16/2022

Lorrie McKinley
McKinley & Ryan, LLC
238 West Miner Street

West Chester, PA 19382

**Phone** (610) 436-6060
**Fax**

| Invoice # | Billed | Job Date | Witness / Presiding Official | Claim No. | File No. | Balance |
|---|---|---|---|---|---|---|
| **Stephen Oross vs. Kutztown University, et al.** | | | | | | |
| 16178 | 7/25/2022 | 6/30/2022 | Kenneth Hawkinson | | | $1,009.00 |
| | | | | | **Case Total** | $1,009.00 |
| | | | | | **Grand Total** | $1,009.00 |

| 0 - 30 | 31 - 60 | 61 - 90 | 91 + Days |
|---|---|---|---|
| $1,009.00 | | | |

Fed. I.D. # 45-5337944
*We appreciate your business!*

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 126061 | 9/7/2022 | 85080 |
| Job Date | Case No. | |
| 8/12/2022 | 5:21-CV-5032 | |

| Case Name |
|---|
| Stephen ORoss, III v. Kutztown University, et al |

| Payment Terms |
|---|
| Net 30 |

Lorrie McKinley
McKinley & Ryan
238 West Miner Street
West Chester, PA 19103

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Stephen Oross, III                                                                                                                625.40
       Email Etran/ASCII/PDF                                1.00           @           20.000          20.00

**TOTAL DUE  >>>**                                                                                         **$645.40**

Thank you for your business!

We accept most major credit cards, subject to a 3% convenience fee.

**Tax ID:** 02-0680493

*Please detach bottom portion and return with payment.*

---

Lorrie McKinley
McKinley & Ryan
238 West Miner Street
West Chester, PA 19103

Invoice No.     : 126061
Invoice Date    : 9/7/2022
**Total Due**   : **$645.40**

Remit To: **Urbash Professional Reporting, Inc.**
          **d/b/a NETWORK DEPOSITION SERVICES**
          **2936 McNeal Road**
          **Allison Park, PA  15101**
          **www.ndsreporting.com        866-565-1929**

Job No.       : 85080
BU ID         : Pittsburgh
Case No.      : 5:21-CV-5032
Case Name     : Stephen ORoss, III v. Kutztown University,
               et al

## Lorrie McKinley

| | |
|---|---|
| From: | ecf_paed@paed.uscourts.gov |
| Sent: | Monday, November 15, 2021 6:31 PM |
| To: | paedmail@paed.uscourts.gov |
| Subject: | Activity in Case 2:21-cv-05032 Oross v. KUTZTOWN UNIVERSITY et al Complaint (Attorney) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

## Eastern District of Pennsylvania

## Notice of Electronic Filing

The following transaction was entered by MCKINLEY, LORRIE on 11/15/2021 at 6:31 PM EST and filed on 11/15/2021

| | |
|---|---|
| **Case Name:** | Oross v. KUTZTOWN UNIVERSITY et al |
| **Case Number:** | 2:21-cv-05032 |
| **Filer:** | Stephen Oross |
| **Document Number:** | 1 |

**Docket Text:**
COMPLAINT against All Defendants ( Filing fee $ 402 receipt number BPAEDC-15550068.), filed by Stephen Oross. (Attachments: # (1) Civil Cover Sheet, # (2) Designation Form)(MCKINLEY, LORRIE)


**2:21-cv-05032 Notice has been electronically mailed to:**

LORRIE MCKINLEY    lmckinley@mckinleyryan.com, McKVon@aol.com

**2:21-cv-05032 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

1

# Lorrie McKinley

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, November 15, 2021 6:31 PM |
| **To:** | Lorrie McKinley |
| **Subject:** | Pay.gov Payment Confirmation: PENNSYLVANIA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: John Bullock at 267-299-7066.

Account Number: 2745897
Court: PENNSYLVANIA EASTERN DISTRICT COURT
Amount: $402.00
Tracking Id: BPAEDC-15550068
Approval Code: 03265P
Card Number: ************4311
Date/Time: 11/15/2021 06:31:08 ET


NOTE: This is an automated message. Please do not reply

1

**Mensing Law LLC**
1515 Market Street
Suite 1200
Philadelphia, PA 19102
United States
215-586-3751



Mensing Law LLC
aggressive. efficient. results.

**Ralph Lamar**

| | |
|---|---|
| **Balance** | $2,355.00 |
| **Invoice #** | 00652 |
| **Invoice Date** | December 4, 2022 |
| **Payment Terms** | Net 30 |
| **Due Date** | January 03, 2023 |

## Law Office of Ralph Lamar - Oross Jury Focus Group

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 08/05/2022 | SJM | Document Drafting | Draft Craigslist advertisement; email to RL re: same | $200.00 | 0.3 | $60.00 |
| 08/17/2022 | SJM | Document Drafting | Revise jury focus group questionnaire and post CL ad | $200.00 | 0.4 | $80.00 |
| 08/20/2022 | SJM | Document Review | Review FG applicants | $200.00 | 0.5 | $100.00 |
| 08/20/2022 | SJM | Focus Group | Email to FG applicants selected to participate | $200.00 | 0.1 | $20.00 |
| 08/22/2022 | SJM | Document Drafting | Revise Confidentiality Agreement; send to Heather Rivera, Mel McDonald, and Megan Smith for signature | $200.00 | 0.2 | $40.00 |
| 08/26/2022 | SJM | E-mail | Emails to FG participants re: Zoom link | $200.00 | 0.1 | $20.00 |
| 08/27/2022 | SJM | Document Drafting | Prepare Google forms - verdict slip and mock trial questionnaire | $200.00 | 1.3 | $260.00 |
| 08/27/2022 | SJM | Focus Group | Jury Focus Group | $200.00 | 4.0 | $800.00 |
| 08/27/2022 | SJM | E-mail | Administrative post-FG work (converting meeting recording, confirming Mock Trial Questionnaire completion, emails/texts with FG participants re: PP addresses, and sending payments to FG participants | $200.00 | 0.7 | $140.00 |
| | | | | Totals: | 7.6 | $1,520.00 |

### Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 08/17/2022 | SJM | Focus Group | Craigslist ad fee | $35.00 | 1.0 | $35.00 |
| 08/27/2022 | SJM | Focus Group | Focus Group participant fees | $100.00 | 8.0 | $800.00 |
| | | | | | Expense Total: | **$835.00** |

| | |
|---|---:|
| Time Entry Sub-Total: | $1,520.00 |
| Expense Sub-Total: | $835.00 |
| **Sub-Total:** | $2,355.00 |
| **Total:** | $2,355.00 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$2,355.00** |

## Account Summary

### Ralph Lamar's Trust Balance

Balance As Of 12/04/2022:
$0.00

### Ralph Lamar's Credit Balance

Balance As Of 12/04/2022:
$0.00

*Cross*

Ryan's Pub - West Chester
124 W. Gay Street
West Chester, PA 19380
Ph: 610.344.3934

Dining Room
Check:282543   Cover: 2
Table:33 A
Tab:
Server:GIA T
08/27/22                12:53pm

---[Seat 1]---
| | |
|---|---|
| 1 DFT TROEGS PERPETUAL | $6.00 |
| 1 GLS HSE SAV | $6.00 |
| 1 Caeser Salad | $16.50 |
|   +BLK CHICKEN | |
| 1 ChsStk Salad | $13.︙ |

| | |
|---|---|
| Subtotal: | $4︙ |
| STATE TAX: | $1.77 |
| Sub w/Tax: | $43.27 |
| Total: | **$43.27** |

EMV                                  $43.27

+ 8.00 tip

"Thank-You"

Freq Diner:

A 18% tip would be $7.47

A 20% tip would be $8.30

A 22% tip would be $9.13