TIME AND EXPENSES IN OROSS

| Date | Activity | Time (.1) |
|------|----------|-----------|
| **Discovery** | | |
| 2/24/2022 | telephone call from McKinley | .7 |
| 2/24/2022 | e-mail from McKinley | .1 |
| 2/24/20922 | read and reviewed complaint | .2 |
| 2/25/2022 | e-mail to McKinley | .1 |
| 2/27/2022 | e-mail to McKinley | .2 |
| 2/28/2022 | e-mail from McKinley | .1 |
| 2/28/2022 | e-mail to McKinley | .1 |
| 3/1/2022 | e-mail from McKinley | .1 |
| 3/2/2022 | e-mail to McKinley | .1 |
| 3/2/2022 | e-mail from McKinley | .1 |
| 3/2/2022 | e-mail to McKinley | .1 |
| 3/2/2022 | e-mail from McKinley | .1 |
| 3/3/2022 | telephone call to McKinley | 1.3 |
| 3/3/2022 | e-mail from McKinley | .1 |
| 3/3/2022 | e-mail from McKinley | .1 |
| 3/3/2022 | e-mail from McKinley | .1 |
| 3/3/2022 | e-mail from McKinley | .1 |
| 3/4/2022 | drafting entry of appearance | .1 |
| 3/4/2022 | e-mail to McKinley | .1 |
| 3/4/2022 | e-mail from McKinley | .1 |
| 3/4/2022 | e-mail from McKinley | .1 |
| 3/4/2022 | e-mail from McKinley | .1 |
| 3/4/2022 | telephone call from McKinley | .4 |
| 3/4/2022 | e-mail to McKinley | .1 |
| 3/4/2022 | e-mail from McKinley | .1 |
| 3/4/2022 | e-mail from McKinley | .1 |

| | | |
|---|---|---|
| 3/6/2022 | e-mail from client | .1 |
| 3/7/2022 | zoom conference with client | .2 |
| 3/7/2022 | telephone call from McKinley | .2 |
| 3/8/2022 | e-mail from McKinley | .1 |
| 3/9/2022 | telephone call from McKinley | .2 |
| 3/10/2022 | e-mail from McKinley | .1 |
| 3/21/2022 | e-mail from Dangerfield | .1 |
| 3/22/2022 | e-mail from Dangerfield | .1 |
| 3/22/2022 | telephone call to Holly Dangerfield | .1 |
| 3/22/2022 | e-mail from McKinley | .1 |
| 3/22/2022 | e-mail from McKinley | .1 |
| 3/22/2022 | e-mail from McKinley | .1 |
| 3/23/2022 | e-mail from McKinley | .1 |
| 3/23/2022 | e-mail to McKinley | .1 |
| 3/23/2022 | telephone call from McKinley | 1.0 |
| 3/24/2022 | drafting new discovery requests | .4 |
| 3/24/2022 | e-mail to McKinley | .1 |
| 4/1/2022 | e-mail from Mckinley | .1 |
| 4/4/2022 | e-mail to McKinley | .1 |
| 4/4/2022 | telephone call to McKinley | .9 |
| 4/7/2022 | e-mail from McKinley | .1 |
| 4/7/2022 | e-mail from McKinley | .1 |
| 4/7/2022 | e-mail from client | .1 |
| 4/8/2022 | e-mail from McKinley | .1 |
| 4/8/2022 | e-mail from McKinley | .1 |
| 4/12/2022 | zoom conference with McKinley and client | 1.5 |
| 4/12/2022 | telephone call from McKinley | .5 |
| 4/12/2022 | e-mail from McKinley | .1 |
| 4/12/2022 | e-mail from McKinley | .1 |

| Date | Description | |
|---|---|---|
| 4/12/022 | drafting notice of change of address | .1 |
| 4/18/2022 | e-mail from McKinley | .1 |
| 4/18/2022 | e-mail from McKinley | .1 |
| 4/18/2022 | e-mail to McKinley | .1 |
| 4/18/2022 | read and reviewed order transferring case to new Magistrate | .1 |
| 4/19/2022 | telephone call from McKinley | .1 |
| 4/22/2022 | e-mail to McKinley | .1 |
| 4/22/2022 | e-mail from McKinley | .1 |
| 4/23/2022 | telephone call to McKinley | .2 |
| 4/25/2022 | telephone call to Barbara Crossley | .1 |
| 4/25/2022 | e-mail to Judge Schmehl's chambers | .1 |
| 4/26/2022 | e-mail from McKinley | .1 |
| 4/26/2022 | e-mail to McKinley | .1 |
| 4/26/2022 | e-mail from McKinley | .1 |
| 4/26/2022 | e-mail to McKinley | .1 |
| 4/26/2022 | e-mail to McKinley | .1 |
| 4/26/2022 | e-mail from McKinley | .1 |
| 4/26/2022 | e-mail from McKinley | .1 |
| 4/26/2022 | e-mail from Thomas Stewart | .1 |
| 4/27/2022 | e-mail from McKinley | .1 |
| 4/27/2022 | e-mail from Glenn Richardson | .1 |
| 4/27/2022 | e-mail from Judge Schmehl's chambers | .1 |
| 4/27/2022 | read and reviewed order setting discovery conference | .1 |
| 4/28/2022 | telephone call to McKinley | .4 |
| 5/2/2022 | e-mail from Jason Lanter | .1 |
| 5/4/2022 | e-mail from Le | .1 |
| 5/4/2022 | e-mail from McKinley | .1 |
| 5/4/2022 | read and reviewed Def. responses to first RPDs | .1 |
| 5/4/2022 | telephone call to McKinley | .1 |

3

| | | |
|---|---|---|
| 5/4/2022 | discovery phone conference with the Court | .5 |
| 5/4/2022 | telephone call to McKinley | .3 |
| 5/5/2022 | e-mail from McKinley | .1 |
| 5/10/2022 | e-mail from Le | .1 |
| 5/16/2022 | e-mail to Le | .1 |
| 5/16/2022 | e-mail from McKinley | .1 |
| 5/16/2022 | telephone call to McKinley | .3 |
| 5/16/2022 | e-mail from Le | .1 |
| 5/16/2022 | e-mail from McKinley | .1 |
| 5/16/2022 | e-mail from McKinley | .1 |
| 5/16/2022 | e-mail from Le | .1 |
| 5/20/2022 | preparing for meeting with McKinley | .5 |
| 5/20/2022 | meeting with McKinley | 2.5 |
| 5/20/2022 | travel to and from meeting with McKinley (2.9 / 2) | 1.4 |
| 5/20/2022 | status conference with the Court | .1 |
| 5/20/2022 | e-mail from Le | .1 |
| 5/20/2022 | e-mail from Le | .1 |
| 5/20/2022 | e-mail from McKinley | .1 |
| 5/20/2022 | e-mail from Le | .1 |
| 5/23/2022 | e-mail to McKinley | .1 |
| 5/23/2022 | read and reviewed order setting status conference | .1 |
| 5/23/2022 | read and reviewed client's facebook page | .2 |
| 5/24/2022 | e-mail to Le | .1 |
| 5/24/2022 | downloading and preparing Steve Oross' facebook pages as of 10/14 | 1.1 |
| 5/24/2022 | e-mail to McKinley | .1 |
| 5/25/2022 | e-mail from McKinley | .1 |
| 5/25/2022 | e-mail to McKinley | .1 |
| 5/25/2022 | e-mail from McKinley | .1 |
| 5/25/2022 | e-mail from McKinley | .1 |

| 5/26/2022 | e-mail to Le | .1 |
| 5/26/2022 | e-mail from Le | .1 |
| 5/26/2022 | e-mail from Le | .1 |
| 5/27/2022 | e-mail from Le | .1 |
| 6/1/2022 | e-mail from McKinley | .1 |
| 6/1/2022 | e-mail from McKinley | .1 |
| 6/2/2022 | e-mail from Le | .1 |
| 6/3/2022 | e-mail to Le | .1 |
| 6/3/2022 | e-mail from McKinley | .1 |
| 6/3/2022 | e-mail from McKinley | .1 |
| 6/6/2022 | e-mail to Le | .1 |
| 6/7/2022 | e-mail from Le | .1 |
| 6/7/2022 | e-mail to McKinley | .1 |
| 6/7/2022 | e-mail from McKinley | .1 |
| 6/7/2022 | e-mail from McKinley | .1 |
| 6/7/2022 | e-mail from Le | .1 |
| 6/7/2022 | read and reviewed defendant's responses to second RPD's | .1 |
| 6/7/2022 | e-mail to Le | .1 |
| 6/7/2022 | e-mail to Mckinley | .1 |
| 6/7/2022 | e-mail from Le | .1 |
| 6/7/2022 | e-mail from Le | .1 |
| 6/8/2022 | read and reviewed order resetting conference call | .1 |
| 6/8/2022 | e-mail to client | .1 |
| 6/8/2022 | e-mail from client | .1 |
| 6/14/2022 | e-mail from Le | .1 |
| 6/14/2022 | e-mail from McKinley | .1 |
| 6/14/2022 | e-mail from McKinley | .1 |
| 6/15/2022 | e-mail from McKinley | .1 |
| 6/15/2022 | e-mail from McKinley | .1 |

| | | |
|---|---|---|
| 6/16/2022 | e-mail from Le | .1 |
| 6/15/2022 | e-mail from McKinley | .1 |
| 6/15/2022 | e-mail from McKinley | .1 |
| 6/16/2022 | e-mail to McKinley | .1 |
| 6/16/2022 | e-mail from McKinley | .1 |
| 6/16/2022 | telephone call to McKinley | .6 |
| 6/16/2022 | e-mail from McKinley | .1 |
| 6/16/2022 | e-mail from McKinley | .1 |
| 6/17/2022 | e-mail from Le | .1 |
| 6/17/2022 | e-mail from Le | .1 |
| 6/17/2022 | e-mail from Le | .1 |
| 6/17/2022 | e-mail to client | .1 |
| 6/17/2022 | e-mail from McKinley | .1 |
| 6/17/2022 | examining legal authority re attorney client privilege associated with training documents | .2 |
| 6/17/2022 | telephone call from McKinley | .2 |
| 6/17/2022 | telephone call from McKinley | .5 |
| 6/17/2022 | e-mail from Le | .1 |
| 6/17/2022 | e-mail from McKinley | .1 |
| 6/17/2022 | e-mail from Le | .1 |
| 6/20/2022 | e-mail to McKinley | .1 |
| 6/20/2022 | e-mail from McKinley | .1 |
| 6/20/2022 | e-mail to Le | .1 |
| 6/20/2022 | e-mail to McKinley | .1 |
| 6/20/2022 | e-mail from McKinley | .1 |
| 6/20/2022 | e-mail to McKinley | .1 |
| 6/21/2022 | letter to Le re discovery dispute | .6 |
| 6/21/2022 | e-mail from Le | .1 |
| 6/21/2022 | examining further legal authority re attorney client privilege associated | |

| | | |
|---|---|---|
| | with training documents | .1 |
| 6/21/2022 | e-mail from McKinley | .1 |
| 6/21/2022 | e-mail to McKinley | .1 |
| 6/21/2022 | e-mail from McKinley | .1 |
| 6/21/2022 | examining legal authority re injunctive relief against state | .2 |
| 6/21/2022 | e-mail to McKinley | .1 |
| 6/21/2022 | read and reviewed Hawkinson deposition in Lucabeche case | .2 |
| 6/21/2022 | e-mail from McKinley | .1 |
| 6/22/2022 | conference call with client and McKinley | 2.0 |
| 6/22/2022 | e-mail from McKinley | .1 |
| 6/22/2022 | e-mail to Le | .1 |
| 6/22/2022 | e-mail from Le | .1 |
| 6/23/2022 | e-mail to Le | .1 |
| 6/23/2022 | telephone call with McKinley | .5 |
| 6/24/202 | e-mail from Le | .1 |
| 6/27/2022 | status conference with Court | .4 |
| 6/27/2022 | telephone call from McKinley | .2 |
| 6/27/2022 | e-mail from McKinley | .1 |
| 6/27/2022 | e-mail from McKinley | .1 |
| 6/27/2022 | e-mail to McKinley | .1 |
| 6/27/2022 | e-mail from McKinley | .1 |
| 6/27/2022 | e-mail from McKinley | .1 |
| 6/27/2022 | e-mail to McKinley | .1 |
| 6/27/2022 | telephone call to McKinley | .5 |
| 6/28/2022 | e-mail to McKinley | .1 |
| 6/28/2022 | e-mail from Le | .1 |
| 6/28/2022 | e-mail from McKinley | .1 |
| 6/28/2022 | telephone call from McKinley | .2 |
| 6/28/2022 | e-mail from McKinley | .1 |

| | | |
|---|---|---|
| 6/28/2022 | e-mail from McKinley | .1 |
| 6/28/2022 | e-mail from McKinley | .1 |
| 6/28/2022 | e-mail from McKinley | .1 |
| 6/28/2022 | e-mail from McKinley | .1 |
| 6/29/2022 | e-mail from court reporter | .1 |
| 6/29/2022 | e-mail from Le | .1 |
| 6/29/2022 | e-mail to le | .1 |
| 6/29/2022 | e-mail from McKinley | .1 |
| 6/29/2022 | e-mail to Le | .1 |
| 6/29/2022 | preparing questions for Hawkinson | .2 |
| 6/29/2022 | telephone call from McKinley | .8 |
| 6/29/2022 | e-mail from McKinley | .1 |
| 6/29/2022 | e-mail from McKinley | .1 |
| 6/29/2022 | e-mail to McKinley | .1 |
| 6/29/2022 | e-mail from McKinley | .1 |
| 6/29/2022 | e-mail from McKinley | .1 |
| 6/29/2022 | e-mail from client | .1 |
| 6/29/2022 | e-mail from McKinley | .1 |
| 6/29/2022 | e-mail from Le | .1 |
| 6/29/2022 | e-mail from McKinley | .1 |
| 6/29/2022 | e-mail from McKinley | .1 |
| 6/29/2022 | e-mail from McKinley | .1 |
| 6/30/2022 | e-mail from Le | .1 |
| 6/30/2022 | reviewed authority from Le re privilege assertion | .1 |
| 6/30/2022 | deposition of Hawkinson | 6.5 |
| 6/30/2022 | telephone call from McKinley | .1 |
| 6/30/2022 | telephone call from McKinley | .2 |
| 6/30/2022 | telephone call from McKinley | .1 |
| 6/30/2022 | telephone call from McKinley | .1 |

| | | |
|---|---|---|
| 6/30/2022 | telephone call from McKinley | .2 |
| 7/1/2022 | e-mail from McKinley | .1 |
| 7/6/2022 | e-read and reviewed order setting conference | .1 |
| 7/7/2022 | e-mail from McKinley | .1 |
| 7/7/2022 | e-mail to Le | .1 |
| 7/7/2022 | e-telephone call from McKinley | .8 |
| 7/7/2022 | e-mail from client | .1 |
| 7/8/2022 | e-mail from Le | .1 |
| 7/8/2022 | e-mail to Le | .1 |
| 7/8/2022 | e-mail from Le | .1 |
| 7/11/2022 | e-mail from Le | .1 |
| 7/12/2022 | e-mail to client | .1 |
| 7/12/2022 | telephone call from client | .5 |
| 7/12/2022 | e-mail to Judge Schmehl | .1 |
| 7/12/2022 | read and reviewed order from the Court re conference to resolve discovery dispute | .1 |
| 7/13/2022 | telephone call from McKinley | .2 |
| 7/14/2022 | preparing for discovery conference with the Court | .2 |
| 7/14/2022 | conference with the Court re discovery dispute | .4 |
| 7/14/2022 | read and reviewed order extending discovery and setting conference for 7/25 | .1 |
| 7/18/2022 | e-mail from McKinley | .1 |
| 7/19/2022 | telephone call from McKinley | .7 |
| 7/19/2022 | drafting e-mail to court re discovery dispute | .5 |
| 7/19/2022 | drafting questions for mock trial jurors | .2 |
| 7/19/2022 | e-mail to McKinley | .1 |
| 7/19/2022 | e-mail to McKinley | .1 |
| 7/19/2022 | e-mail to Chambers | .1 |
| 7/19/2022 | e-mail from McKinley | .1 |

| | | |
|---|---|---|
| 7/19/2022 | e-mail from McKinley | .1 |
| 7/19/2022 | e-mail from Le | .1 |
| 7/19/2022 | e-mail from Le | .1 |
| 7/19/2022 | e-mail from Le | .1 |
| 7/20/2022 | e-mail to McKinley | .1 |
| 7/20/2022 | e-mail to Judge Schmehl | .1 |
| 7/20/2022 | e-mail to McKinley | .1 |
| 7/20/2022 | e-mail from McKinley | .1 |
| 7/20/2022 | e-mail to McKinley | .1 |
| 7/20/2022 | e-mail from Judge Lloret's chambers | .1 |
| 7/20/2022 | e-mail from McKinley | .1 |
| 7/20/2022 | e-mail from McKinley | .1 |
| 7/20/2022 | e-mail from McKinley | .1 |
| 7/20/2022 | e-mail from McKinley | .1 |
| 7/21/2022 | drafting focus group verdict slip | .6 |
| 7/21/2022 | e-mail to McKinley | .1 |
| 7/21/2022 | e-mail to McKinley | .1 |
| 7/21/2022 | drafting juror questionnaire for focus group | .2 |
| 7/25/2022 | e-mail from Le | .1 |
| 7/25/2022 | e-mail from McKinley | .1 |
| 7/25/2022 | e-mail to McKinley | .1 |
| 7/26/2022 | read and reviewed order resetting Rule 56 deadline to October 14 | .1 |
| 7/26/2022 | telephone call from McKinley | .2 |
| 7/26/2022 | e-mail from McKinley | .1 |
| 7/26/2022 | e-mail from McKinley | .1 |
| 7/27/2022 | e-mail from Le | .1 |
| 7/27/2022 | e-mail from McKinley | .1 |
| 7/27/2022 | e-mail from Le | .1 |
| 7/27/2022 | e-mail from McKinley | .1 |

| | | |
|---|---|---|
| 7/27/2022 | e-mail from Le | .1 |
| 7/27/2022 | e-mail from McKinley | .1 |
| 8/1/2022 | read and reviewed order denying plaintiff's request for training documents | .1 |
| 8/1/2022 | e-mail to McKinley | .1 |
| 8/2/2022 | e-mail from McKinley | .1 |
| 8/2/2022 | e-mail from McKinley | .1 |
| 8/2/2022 | telephone call from McKinley | .5 |
| 8/2/2022 | e-mail from McKinley | .1 |
| 8/3/2022 | e-mail from Le | .1 |
| 8/3/2022 | e-mail to Le | .1 |
| 8/3/2022 | e-mail from McKinley | .1 |
| 8/3/2022 | e-mail from McKinley | .1 |
| 8/3/2022 | e-mail from McKinley | .1 |
| 8/3/2022 | e-mail from McKinley | .1 |
| 8/3/2022 | e-mail from McKinley | .1 |
| 8/3/2022 | e-mail from McKinley | .1 |
| 8/4/2022 | e-mail from client | .1 |
| 8/5/2022 | e-mail from McKinley | .1 |
| 8/5/2022 | e-mail from McKinley | .1 |
| 8/5/2022 | e-mail from Le | .1 |
| 8/5/2022 | e-mail from McKinley | .1 |
| 8/5/2022 | e-mail from Le | .1 |
| 8/5/2022 | e-mail from McKinley | .1 |
| 8/6/2022 | e-mail to McKinley | .1 |
| 8/8/2022 | e-mail from McKinley | .1 |
| 8/8/2022 | e-mail to McKinley | .1 |
| 8/8/2022 | e-mail from McKinley | .1 |
| 8/9/2022 | e-mail from Le | .1 |
| 8/9/2022 | e-mail from Le | .1 |

| 8/9/2022 | e-mail from McKinley | .1 |
| 8/10/2022 | e-mail from McKinley | .1 |
| 8/11/2022 | e-mail from McKinley | .1 |
| 8/11/2022 | e-mail from McKinley | .1 |

| Subtotal | | 60.6 |

**Focus Group**

| 7/11/2022 | telephone call to Stefanie Mensing | 1.0 |
| 7/28/2022 | e-mail to McKinley | .1 |
| 7/28/2022 | e-mail to Mensing | .1 |
| 7/28/2022 | e-mail from Mensing | .1 |
| 7/28/2022 | e-mail from McKinley | .1 |
| 7/29/2022 | e-mail to Mensing | .1 |
| 8/1/2022 | telephone call to client | .5 |
| 8/5/2022 | e-mail from Mensing | .1 |
| 8/11/2022 | e-mail from Mensing | .1 |
| 8/11/2022 | e-mail to Mensing | .1 |
| 8/12/2022 | e-mail from Mensing | .1 |
| 8/12/2022 | telephone call from Mensing | .3 |
| 8/14/2022 | e-mail to McKinley | .1 |
| 8/14/2022 | preparing for focus group (review of Weidman's deposition) | .6 |
| 8/15/2022 | telephone call to McKinley | .9 |
| 8/15/2022 | preparing for focus group (review of Weidman's deposition) | 1.2 |
| 8/15/2022 | preparing for focus group (review of Martin's deposition) | .5 |
| 8/15/2022 | e-mail to McKinley | .1 |
| 8/19/2022 | e-mail from Le | .1 |
| 8/19/2022 | e-mail from Lloret's chambers | .1 |
| 8/19/2022 | e-mail from Le | .1 |
| 8/20/2022 | e-mail from McKinley | .1 |

| | | |
|---|---|---|
| 8/19/2022 | e-mail from McKinley | .1 |
| 8/19/2022 | e-mail from McKinley | .1 |
| 8/19/2022 | e-mail from McKinley | .1 |
| 8/19/2022 | e-mail from McKinley | .1 |
| 8/19/2022 | e-mail from client | .1 |
| 8/20/2022 | e-mail from McKinley | .1 |
| 8/20/2022 | drafting verdict slip for focus group | .3 |
| 8/20/2022 | e-mail from McKinley | .1 |
| 8/20/2022 | e-mail to McKinley | .1 |
| 8/20/2022 | preparing for focus group (review of Pena's deposition) | 1.0 |
| 8/20/2022 | preparing for focus group (review of Hawkinson's deposition) | .6 |
| 8/21/2022 | e-mail to McKinley | .1 |
| 8/21/2022 | e-mail to McKinley | .1 |
| 8/21/2022 | e-mail from McKinley | .1 |
| 8/21/2022 | e-mail to McKinley | .1 |
| 8/22/2022 | drafting jury instructions for focus group | 1.3 |
| 8/22/2022 | e-mail to McKinley | .1 |
| 8/22/2022 | telephone call to McKinley | .7 |
| 8/22/2022 | e-mail from McKinley | .1 |
| 8/22/2022 | e-mail from McKinley | .1 |
| 8/23/2022 | e-mail to McKinley | .1 |
| 8/23/2022 | e-mail from McKinley | .1 |
| 8/23/2022 | telephone call to McKinley | .1 |
| 8/23/2022 | e-mail from Lloret's chambers | .1 |
| 8/23/2022 | e-mail from McKinley | .1 |
| 8/23/2022 | e-mail from McKinley | .1 |
| 8/23/2022 | e-mail from client | .1 |
| 8/23/2022 | e-mail to McKinley | .1 |
| 8/23/2022 | e-mail from McKinley | .1 |

| Date | Description | Hours |
|---|---|---|
| 8/24/2022 | telephone call from Mensing | .4 |
| 8/24/2022 | e-mail from Mensing | .1 |
| 8/24/2022 | e-mail from McKinley | .1 |
| 8/24/2022 | e-mail from client | .1 |
| 8/24/2022 | telephone call from McKinley | .1 |
| 8/24/2022 | e-mail from client | .1 |
| 8/24/2022 | telephone call from McKinley | .1 |
| 8/24/2022 | telephone call to McKinley | .1 |
| 8/25/2022 | e-mail from McKinley | .1 |
| 8/25/2022 | e-mail from McKinley | .1 |
| 8/26/2022 | e-mail from Mensing | .1 |
| 8/26/2022 | e-mail to McKinley | .1 |
| 8/26/2022 | e-mail from mensing | .1 |
| 8/26/2022 | e-mail to Mensing | .1 |
| 8/27/2022 | focus group and meeting with McKinley both before and after (travel time of 2.4 included and then divided by 2) | 8.6 |
| 8/29/2022 | telephone call to client | .2 |
| 9/12/2022 | phone conference with Mensing | 1.1 |

| | | |
|---|---|---|
| Subtotal | | 24.4 |

**Settlement/Mediation**

| Date | Description | Hours |
|---|---|---|
| 8/29/2022 | e-mail from McKinley | .1 |
| 8/29/2022 | telephone call from McKinley | .2 |
| 9/2/2022 | telephone call from McKinley | .6 |
| 9/2/2022 | e-mail from McCurry | .1 |
| 9/2/2022 | e-mail from McKinley | .1 |
| 9/2/2022 | e-mail from McCurry | .1 |
| 9/2/2022 | e-mail from client | .1 |
| 9/2/2022 | e-mail from McKinley | .1 |

| | | |
|---|---|---|
| 9/2/2022 | e-mail from McKinley | .1 |
| 9/4/2022 | e-mail from client | .1 |
| 9/5/2022 | e-mail from McKinley | .1 |
| 9/5/2022 | e-mail from McKinley | .1 |
| 9/5/2022 | read and reviewed order | .1 |
| 9/5/2022 | e-mail from McKinley | .1 |
| 9/5/2022 | e-mail from McKinley | .1 |
| 9/5/2022 | e-mail to McKinley | .1 |
| 9/5/2022 | e-mail from McKinley | .1 |
| 9/6/2022 | e-mail from McKinley | .1 |
| 9/12/2022 | zoom conference with client | 1.4 |
| 9/13/2022 | mediation | 2.8 |

| | |
|---|---|
| Subtotal | 6.6 |

**Summary Judgment**

| | | |
|---|---|---|
| 9/6/2022 | drafting motion for summary judgment on 1ˢᵗ Amendment claims | 2.0 |
| 9/8/2022 | drafting motion for summary judgment on 1ˢᵗ Amendment claims | 1.1 |
| 9/10/2022 | drafting motion for summary judgment on 1ˢᵗ Amendment claims | 2.7 |
| 9/26/2022 | telephone call from McKinley | .1 |
| 9/26/2022 | drafting motion for summary judgment on 1ˢᵗ Amendment claims | .8 |
| 9/26/2022 | telephone call to client | .1 |
| 9/27/2022 | e-mail from McKinley | .1 |
| 9/27/2022 | telephone call from McKinley | .1 |
| 9/27/2022 | e-mail from McKinley | .1 |
| 9/27/2022 | e-mail from client | .1 |
| 9/27/2022 | e-mail to Le | .1 |
| 9/29/2022 | telephone call from McKinley | .1 |
| 9/29/2022 | e-mail from McKinley | .1 |
| 9/30/2022 | telephone call to McKinley | .6 |

| | | |
|---|---|---|
| 10/2/2024 | telephone conference call with the Court | .7 |
| 10/6/2022 | e-mail from client | .1 |
| 10/6/2022 | e-mail from McKinley | .1 |
| 10/8/2022 | e-mail from client | .1 |
| 10/11/2022 | e-mail from McKinley | .1 |
| 10/11/2022 | telephone call to McKinley | .4 |
| 10/11/2022 | telephone conference with the Court | .3 |
| 10/12/2022 | read and reviewed order from Court re page limit on MSJ | .1 |
| 10/12/022 | telephone call to client | .2 |
| 10/13/2022 | e-mail from McKinley | .1 |
| 10/13/2022 | e-mail from McKinley | .1 |
| 10/13/2022 | e-mail from McKinley | .1 |
| 10/13/2022 | e-mail to McKinley | .1 |
| 10/13/2022 | e-mail to McKinley | .1 |
| 10/13/2022 | e-mail from McKinley | .1 |
| 10/13/2022 | e-mail from McKinley | .1 |
| 10/13/2022 | e-mail from McKinley | .1 |
| 10/13/2022 | e-mail from McKinley | .1 |
| 10/13/2022 | e-mail from McKinley | .1 |
| 10/13/2022 | drafting motion for summary judgment on 1st amendment claim | 4.8 |
| 10/14/2022 | e-mail from McKinley | .1 |
| 10/14/2022 | e-mail to McKinley | .1 |
| 10/14/2022 | e-mail from McKinley | .1 |
| 10/14/2022 | e-mail to McKinley | .1 |
| 10/14/2022 | e-mail from McKinley | .1 |
| 10/14/2022 | e-mail to McKinley | .1 |
| 10/14/2022 | e-mail from McKinley | .1 |
| 10/14/2022 | telephone call from McKinley | .2 |

| | | |
|---|---|---|
| Subtotal | | 5.5 |

**Review of Defendants' Motion for Summary Judgment and Decision on Motion to Strike**

| | | |
|---|---|---|
| 10/15/2022 | read and reviewed Defendants' Motion for summary judgment | .1 |
| 10/15/2022 | telephone call to McKinley | .4 |
| 10/17/2022 | telephone call to client | .4 |
| 10/17/2022 | e-mail to client | .1 |
| 10/17/2022 | e-mail to McKinley | .1 |
| 10/17/2022 | e-mail from McKinley | .1 |
| 10/17/2022 | e-mail to McKinley | .1 |
| 10/17/2022 | e-mail from McKinley | .1 |
| 10/17/2022 | e-mail from McKinley | .1 |
| 10/18/2022 | e-mail to client | .1 |
| 10/18/2022 | telephone call from McKinley | .2 |
| 10/18/2022 | read and reviewed order granting plaintiff's motion to file amended brief regarding MSJ | .1 |
| 10/18/2022 | e-mail from McKinley | .1 |
| 10/18/2022 | telephone call to McKinley | .4 |
| 10/18/2022 | e-mail from McKinley | .1 |
| 10/19/2022 | e-mail from McKinley | .1 |
| 10/19/2022 | telephone call from McKinley | .2 |
| 10/19/2022 | e-mail from McKinley | .1 |
| 10/19/2022 | telephone call to McKinley | .3 |
| 10/20/2022 | read and reviewed defendants' Motion for file an amended motion for summary judgment | .1 |
| 10/20/2022 | telephone call from McKinley | .3 |
| 10/21/2022 | read and reviewed order on Defendants' motion to amend | .1 |
| 10/21/2022 | read and reviewed amended motion for summary judgment | .1 |
| 10/21/2022 | read and reviewed amended statement of facts | .1 |
| 10/21/2022 | e-mail to McKinley | .1 |

| | | |
|---|---|---|
| 10/21/2022 | e-mail from McKinley | .1 |
| 10/27/2022 | e-mail from McKinley | .1 |
| 10/28/2022 | read and reviewed entry of appearance by Bradford | .1 |
| 10/31/2022 | telephone call from McKinley | .6 |
| 11/1/2022 | e-mail from McKinley | .1 |
| 11/2/2022 | e-mail from McKinley | .1 |
| 11/2/2022 | drafting brief in support of motion to strike Defendants' MSJ | 3.5 |
| 11/2/2022 | telephone call to McKinley | .5 |
| 11/3/2022 | telephone call from McKinley | .3 |
| 11/3/2022 | e-mail to McKinley | .1 |
| 11/3/2022 | e-mail from McKinley | .1 |
| 11/3/2022 | e-mail from client | .1 |
| 11/3/2022 | e-mail from McKinley | .1 |
| 11/3/2022 | e-mail from McKinley | .1 |
| 11/7/2022 | e-mail from Emily Hoff | .1 |
| 11/7/2022 | e-mail to Emily Hoff | .1 |
| 11/7/2022 | e-mail from Medina | .1 |
| 11/7/2022 | e-mail from Emily Hoff | .1 |
| 11/7/2022 | e-mail from Medina | .1 |
| 11/7/2022 | e-mail to Medina | .1 |
| 11/7/2022 | e-mail from Medina | .1 |
| 11/7/2022 | e-mail from McKinley | .1 |
| 11/7/2022 | e-mail to Hoff | .1 |
| 11/7/2022 | e-mail from Hoff | .1 |
| 11/7/2022 | read and reviewed withdrawal of appearance by Le | .1 |
| 11/8/2022 | e-mail from Medina | .1 |
| 11/8/2022 | e-mail to Medina | .1 |
| 11/8/2022 | e-mail from Medina | .1 |
| 11/8/2022 | e-mail from Medina | .1 |

| | | |
|---|---|---|
| 11/8/2022 | e-mail from Hoff | .1 |
| 11/8/2022 | e-mail from McKinley | .1 |
| 11/8/2022 | e-mail from McKinley | .1 |
| 11/8/2022 | e-mail to McKinley | .1 |
| 11/8/2022 | e-mail from McKinley | .1 |
| 11/8/2022 | e-mail to McKinley | .1 |
| 11/8/2022 | e-mail from McKinley | .1 |
| 11/8/2022 | telephone call to client | .1 |
| 11/8/2022 | telephone call to McKinley | .8 |
| 11/10/2022 | conference with Mag. Lloret | .1 |
| 11/10/2022 | telephone call from McKinley | .1 |
| 11/11/2022 | telephone call from McKinley | .3 |
| 11/15/2022 | telephone call from McKinley | .2 |
| 11/16/2022 | read and reviewed Defendants' response to motion to strike MSJ | .1 |
| 11/17/2022 | drafting reply brief re Pl. Motion to Strike MSJ | .1 |
| 11/22/2022 | e-mail to McKinley | .1 |
| 11/22/2022 | e-mail from McKinley | .1 |
| 11/22/2022 | e-mail from McKinley | .1 |
| 12/4/2022 | e-mail from Mensing | .1 |
| 12/4/2022 | e-mail to client | .1 |
| 12/5/2022 | e-mail from McKinley | .1 |

_____

| | |
|---|---|
| Subtotal | 14.5 |

**On-going access issues**

| | | |
|---|---|---|
| 12/21/2022 | e-mail from client | .1 |
| 12/21/2022 | e-mail from Gardner | .1 |
| 12/21/2022 | e-mail from McKinley | .1 |
| 12/21/2022 | e-mail to client | .1 |
| 12/21/2022 | telephone call to client | .2 |

| 12/21/2022 | e-mail from McKinley | .1 |
| 1/25/2023 | drafting notice of change of address | .1 |
| 2/10/2023 | e-mail from Medina | .1 |
| 2/10/2023 | e-mail to McKinley | .1 |
| 2/10/2023 | e-mail from McKinley | .1 |
| 2/10/2023 | e-mail from McKinley | .1 |
| 4/16/2023 | e-mail from client | .1 |
| 4/16/2023 | e-mail to client | .1 |
| 4/16/2023 | e-mail from McKinley | .1 |

| Subtotal | | 1.5 |

**Mediation**

| 5/2/2023 | e-mail from McCurry | .1 |
| 5/2/2023 | e-mail from McKinley | .1 |
| 5/2/2023 | e-mail from Bradford | .1 |
| 5/3/2023 | telephone call to McKinley | .3 |
| 5/4/2023 | conference with Magistrate Lloret | .2 |
| 5/4/2023 | telephone call from McKinley | .1 |

| Subtotal | | .9 |

**Evaluation of MSJ decisions and motion for partial reconsideration**

| 7/25/2023 | read and reviewed opinion and order granting in part and denying in part plaintiff's MSJ | .1 |
| 7/25/2023 | telephone call to McKinley | .2 |
| 7/25/2023 | read and reviewed order denying plaintiff's motion to strike | .1 |
| 7/25/2023 | e-mail from McKinley | .1 |
| 7/25/2023 | e-mail to McKinley | .1 |
| 7/25/2023 | e-mail from McKinley | .1 |
| 7/25/2023 | e-mail to McKinley | .1 |

| | | |
|---|---|---|
| 7/26/2023 | telephone call from McKinley | .5 |
| 7/26/2023 | e-mail to McKinley | .1 |
| 7/26/2023 | e-mail from McKinley | .1 |
| 7/31/2023 | examining legal authority on whether Court can sua sponte grant MSJ on basis not argued by a party | .3 |
| 7/31/2023 | e-mail to McKinley | .1 |
| 7/31/2023 | examining legal authority on whether Court can sua sponte grant MSJ on basis not argued by a party | .2 |
| 7/31/2023 | e-mail to McKinley | .1 |
| 7/31/2023 | e-mail to McKinley | .1 |
| 7/31/2023 | e-mail from McKinley | .1 |
| 7/31/2023 | e-mail to McKinley | .1 |
| 8/1/2023 | e-mail from McKinley | .1 |
| 8/1/2023 | e-mail to McKinley | .1 |
| 8/1/2023 | e-mail from McKinley | .1 |
| 8/1/2023 | e-mail to McKinley | .1 |
| 8/2/2023 | drafting memo in support of motion for reconsideration re 1st Amendment claims | .5 |
| 8/4/2023 | e-mail from McKinley | .1 |
| 8/4/2023 | e-mail to McKinley | .1 |
| 8/4/2023 | telephone call to McKinley | .2 |
| 8/4/2023 | drafting brief in support of motion for reconsideration re 1st Amendment claims | 3.5 |
| 8/4/2023 | telephone call from McKinley | .2 |
| 8/4/2023 | e-mail to McKinley | .1 |
| 8/4/2023 | e-mail from McKinley | .1 |
| 8/5/2023 | revising damages portion of motion for reconsideration | .2 |
| 8/5/2023 | e-mail to McKinley | .1 |
| 8/5/2023 | revising draft of reconsideration brief re 1st amendment claims | .2 |

| 8/5/2023 | e-mail to McKinley | .1 |
| 8/6/2023 | e-mail from McKinley | .1 |
| 8/6/2023 | e-mail to McKinley | .1 |
| 8/6/2023 | examining legal authority re the comparison of tort claims to | |
| | Discrimination claims | .2 |

| Subtotal | | 4.3 |
| **Mediation** | | |
| 8/9/2023 | read and reviewed order setting status conference | .1 |
| 8/14/2023 | e-mail from McKinley | .1 |
| 8/15/2023 | e-mail to McKinley | .1 |
| 8/15/2023 | e-mail from McKinley | .1 |
| 8/15/2023 | e-mail to McKinley | .1 |
| 8/16/2023 | telephone call from McKinley | .2 |
| 8/16/2023 | e-mail from McKinley | .1 |
| 8/16/2023 | telephone conference with Magistrate Lloret's staff | .2 |
| 8/16/2023 | e-mail from Skolnik | .1 |
| 8/16/2023 | telephone call from McKinley | .3 |
| 8/16/2023 | e-mail from Skolnik | .1 |
| 8/18/2023 | e-mail from client | .1 |
| 8/22/2023 | e-mail from client | .1 |
| 8/22/2023 | e-mail from McKinley | .1 |
| 8/22/2023 | e-mail to McKinley | .1 |
| 8/22/2023 | e-mail from Skolnik | .1 |
| 8/23/2023 | telephone call to McKinley | .2 |
| 8/23/2023 | telephone call to client | .1 |

| Subtotal | | 2.3 |

**Post briefing work on motion for reconsideration**

| | | |
|---|---|---|
| 9/12/2023 | read and reviewed defendant's response to plaintiff's motion for reconsideration | .1 |
| 9/14/2023 | e-mail to client | .1 |
| 9/19/2023 | telephone call from McKinley | .2 |
| 9/19/2023 | e-mail from McKinley | .1 |

| | | |
|---|---|---|
| Subtotal | | .5 |

**Mediation**

| | | |
|---|---|---|
| 1/8/2024 | read and reviewed opinion on plaintiff's motion for reconsideration | .1 |
| 1/8/2024 | e-mail to McKinley | .1 |
| 1/9/2024 | e-mail from McKinley | .1 |
| 1/9/2024 | telephone call from Mckinley | .1 |
| 1/11/2024 | e-mail from McCurry | .1 |
| 1/11/2024 | e-mail from Bradford | .1 |
| 1/12/2024 | e-mail from McCurry | .1 |
| 1/12/2024 | e-mail from McKinley | .1 |
| 1/12/2024 | e-mail to McCurry | .1 |
| 1/18/2024 | read and reviewed order setting status conference | .1 |
| 1/18/2024 | e-mail from McKinley | .1 |
| 1/18/2024 | e-mail from McKinley | .1 |
| 1/19/2024 | e-mail from McKinley | .1 |
| 1/19/2024 | e-mail to McKinley | .1 |
| 1/19/2024 | telephone call to McKinley | .2 |
| 1/19/2024 | e-mail from Bradford | .1 |
| 1/19/2024 | read and reviewed order setting case for conference with Lloret | .1 |
| 1/22/2024 | conference call with the Court | .3 |
| 1/22/2024 | telephone call from McKinley | .2 |
| 1/22/2024 | read and reviewed order setting trial date | .1 |

| | | |
|---|---|---|
| 1/25/2024 | telephone call from McKinley | .2 |
| 1/25/2024 | conference with mag. Lloret | .1 |
| 1/25/2024 | conference with mag. Lloret | .2 |
| 2/7/2024 | e-mail from McKinley | .1 |
| 2/7/2024 | e-mail to Mensing | .1 |
| 2/7/2024 | e-mail to McKinley | .1 |
| 2/7/2024 | e-mail from McKinley | .1 |
| 2/8/2024 | telephone call from McKinley | .2 |
| 3/6/2024 | telephone call from McKinley | .3 |
| 3/8/2024 | e-mail from Bradford | .1 |
| 3/13/2024 | e-mail to McKinley | .1 |
| 3/13/2024 | e-mail from McKinley | .1 |
| 3/13/2024 | e-mail from McKinley | .1 |
| 3/13/2024 | e-mail to McKinley | .1 |
| 3/15/2024 | telephone call from McKinley | .1 |
| 3/20/2024 | read and reviewed order for status conference | .1 |
| 3/22/2024 | telephone call from McKinley | .3 |
| 3/22/2024 | examining legal authority on issue of whether ADA retaliation claims may receive emotional distress or punitive damages | .5 |
| 3/22/2024 | e-mail to McKinley | .1 |
| 3/26/2024 | e-mail from McKinley | .1 |
| 3/27/2024 | e-mail from McKinley | .1 |
| 3/27/2024 | telephone call from McKinley | .4 |
| 3/27/2024 | telephone conference call to client | .9 |
| 3/28/2024 | telephone call from McKinley | .2 |
| 3/28/2024 | e-mail from Bradford | .1 |
| 3/28/2024 | e-mail from McKinley | .1 |
| 3/28/2024 | e-mail from McKinley | .1 |
| 3/28/2024 | e-mail to McKinley | .1 |

| | | |
|---|---|---|
| 3/28/2024 | e-mail from McKinley | .1 |
| 3/28/2024 | telephone call to Bradford | .2 |
| 3/28/2024 | telephone call to McKinley | .1 |
| 3/28/2024 | revising stipulated dismissal | .2 |
| 3/28/2024 | e-mail to McKinley | .1 |
| 3/28/2024 | e-mail from McKinley | .1 |
| 3/28/2024 | revising the stipulated dismissal | .1 |
| 3/28/2024 | e-mail to McKinley | .1 |
| 3/28/2024 | e-mail from Bradford | .1 |
| 3/28/2024 | e-mail to Bradford | .1 |
| 3/28/2024 | e-mail from McKinley | .1 |
| 4/1/2024 | e-mail from Bradford | .1 |
| 4/1/2024 | e-mail from McKinley | .1 |
| 4/11/2024 | telephone call from McKinley | .1 |
| 4/11/2024 | telephone call with Mag. Lloret | .2 |
| 4/11/2024 | telephone call with McKinley | .1 |
| 4/11/2024 | read and reviewed order | .1 |
| 4/22/2024 | e-mail from McKinley | .1 |
| 4/23/2024 | e-mail from Bradford | .1 |
| 4/24/2024 | telephone call to Marc Weinstein re fee petition | .1 |
| 4/29/2024 | read and reviewed order re KU providing back pay information | .1 |

| | | |
|---|---|---|
| Subtotal | | 9.4 |

**Economic Issues**

| | | |
|---|---|---|
| 5/10/2024 | e-mail from Bradford | .1 |
| 5/15/2024 | e-mail from McKinley | .1 |
| 5/15/2024 | telephone call from McKinley | .1 |
| 5/16/2024 | e-mail from Bradford | .1 |
| 6/5/2024 | telephone call to Mckinley | .1 |

| Date | Description | Hours |
|------|-------------|-------|
| 6/5/2024 | read and reviewed order setting date for submitting status report | .1 |
| 6/6/2024 | read and reviewed order transferring case to Mag. Straw | .1 |
| 6/10/2024 | e-mail from Croce re schedule for settlement conference before Mag. Straw | .1 |
| 6/10/024 | e-mail from McKinley | .1 |
| 6/11/2024 | e-mail to McKinley | .1 |
| 6/11/2024 | e-mail from Skolnik | .1 |
| 6/11/024 | e-mail from McKinley | .1 |
| 6/11/024 | e-mail from McKinley | .1 |
| 6/11/2024 | e-mail from client | .1 |
| 6/11/024 | e-mail from McKinley | .1 |
| 6/11/2024 | e-mail from client | .1 |
| 6/11/024 | e-mail from McKinley | .1 |
| 6/11/2024 | e-mail from client | .1 |
| 6/11/024 | e-mail from McKinley | .1 |
| 6/12/2024 | e-mail from Skolnik | .1 |
| 6/12/024 | e-mail from McKinley | .1 |
| 6/12/2024 | e-mail from McKinley | .1 |
| 6/12/2024 | e-mail from McKinley | .1 |
| 6/12/2024 | e-mail from client | .1 |
| 6/12/2024 | e-mail from client | .1 |
| 6/13/2024 | e-mail from Skolnik | .1 |
| 6/13/024 | e-mail from McKinley | .1 |
| 6/13/024 | e-mail from McKinley | .1 |
| 6/13/024 | e-mail from McKinley | .1 |
| 6/13/2024 | e-mail to Weinstein re fee affidavit | .1 |
| 6/13/2024 | e-mail from Weinstein re fee affidavit | .1 |
| 6/13/2024 | e-mail to Weinstein re fee affidavit | .1 |
| 6/13/2024 | e-mail to Scott Pollins re fee affidavit | .1 |

| | | |
|---|---|---|
| 6/13/2024 | e-mail from Scott Pollins re fee affidavit | .1 |
| 6/13/2024 | e-mail to Scott Pollins re fee affidavit | .1 |
| 6/13/2024 | e-mail from Skolnik | .1 |
| 6/13/2024 | e-mail from Croce | .1 |
| 6/13/2024 | e-mail from McKinley | .1 |
| 6/13/2024 | e-mail from Croce | .1 |
| 6/13/2024 | e-mail from McKinley | .1 |
| 6/13/2024 | e-mail from McKinley | .1 |
| 6/13/2024 | e-mail to McKinley | .1 |
| 6/13/2024 | e-mail from McKinley | .1 |
| 6/13/2024 | e-mail to McKinley | .1 |
| 6/13/2024 | e-mail from McKinley | .1 |
| 6/13/2024 | e-mail from McKinley | .1 |
| 6/13/2024 | e-mail to McKinley | .1 |
| 6/14/2024 | e-mail to Weinstein re fee affidavit | .1 |
| 6/14/2024 | e-mail to Weinstein re fee affidavit | .1 |
| 6/14/2024 | e-mail to Scott Pollins re fee affidavit | .1 |
| 6/18/2024 | e-mail from McKinley | .1 |
| 6/18/2024 | e-mail from Bradford | .1 |
| 6/18/2024 | e-mail from McKinley | .1 |
| 6/19/2024 | telephone call to McKinley | .5 |
| 6/19/2024 | e-mail from McKinley | .1 |
| 7/1/2024 | e-mail from McKinley | .1 |
| 7/1/2024 | e-mail from McKinley | .1 |
| 7/2/2024 | e-mail from McKinley | .1 |
| 7/2/2024 | e-mail from Skolnik | .1 |
| 7/2/2024 | e-mail from McKinley | .1 |
| 7/2/2024 | e-mail from McKinley | .1 |
| 7/2/2024 | e-mail from Skolnik | .1 |

| 7/2/2024 | e-mail from McKinley | .1 |
| 7/2/2024 | e-mail from Skolnik | .1 |
| 7/3/2024 | e-mail from Skolnik | .1 |
| 7/3/2024 | e-mail from McKinley | .1 |
| 7/3/2024 | e-mail from Skolnik | .1 |
| 7/3/2024 | e-mail from McKinley | .1 |
| 7/3/2024 | e-mail from Skolnik | .1 |
| 7/3/2024 | e-mail from McKinley | .1 |
| 7/3/2024 | e-mail from McKinley | .1 |
| 7/3/2024 | e-mail from Skolnik | .1 |
| 7/3/2024 | e-mail from Bradford | .1 |
| 7/3/2024 | e-mail from McKinley | .1 |
| 7/8/2024 | e-mail from Skolnik | .1 |
| 7/8/2024 | e-mail from Skolnik | .1 |

Subtotal                                                                 8.1

**Motion for Final Oder**

| 8/6/2024 | e-mail from McKinley | .1 |
| 8/8/2024 | e-mail to McKinley | .1 |
| 8/8/2024 | telephone call from McKinley | .6 |
| 8/8/2024 | e-mail to McKinley | .1 |
| 8/14/2024 | e-mail from McKinley | .1 |
| 8/14/2024 | e-mail from McKinley | .1 |
| 8/16/2024 | e-mail to McKinley | .1 |
| 8/23/2024 | e-mail to McKinley | .1 |
| 8/23/2024 | e-mail from McKinley | .1 |
| 8/23/2024 | e-mail from McKinley | .1 |
| 8/27/2024 | e-mail from McKinley | .1 |
| 8/29/2024 | e-mail from McKinley | .1 |

| | | |
|---|---|---|
| 9/7/2024 | e-mail from McKinley | .1 |
| 9/8/2024 | e-mail to McKinley | .1 |
| 9/10/2024 | e-mail from McKinley | .1 |
| 9/10/2024 | e-mail to McKinley | .1 |
| 9/10/2024 | telephone call from McKinley | .2 |
| 9/10/2024 | e-mail from McKinley | .1 |
| 9/13/2024 | e-mail from McKinley | .1 |
| 9/13/2024 | e-mail from Bradford | .1 |
| 9/16/2024 | e-mail from McKinley | .1 |
| 9/17/2024 | e-mail from Bradford | .1 |
| 9/19/2024 | e-mail from McKinley | .1 |
| 9/19/2024 | e-mail from client | .1 |
| 9/19/2024 | e-mail from McKinley | .1 |
| 9/23/2024 | e-mail from Skolnik | .1 |
| 9/23/2024 | e-mail from Skolnik | .1 |
| 9/27/2024 | read and reviewed order for telephonic conference | .1 |
| 9/30/2024 | e-mail from McKinley | .1 |
| 9/30/2024 | e-mail from client | .1 |
| 10/2/2024 | telephone call from McKinley | .2 |
| 10/2/2024 | e-mail from McKinley | .1 |
| 10/4/2024 | read and reviewed order extending deadlines for defendants to respond to plaintiff's motion for final order | .1 |
| 10/11/2024 | e-mail from Skolnik | .1 |
| 10/11/2024 | read and reviewed order extending deadlines for defendants to respond to plaintiff's motion for final order | .1 |
| 10/18/2024 | read and reviewed defendants' opposition to plaintiff's motion for final Order | .1 |
| 10/24/2024 | telephone call to McKinley | .4 |
| 10/24/2024 | drafting section of reply brief dealing with statements made at | |

| | recent Board of Governors meeting | .2 |
|---|---|---|
| 10/24/2024 | e-mail to McKinley | .1 |
| 11/12/2024 | e-mail from McKinley | .1 |
| 11/12/2024 | telephone call to McKinley | .2 |
| 12/23/2024 | e-mail from McKinley | .1 |
| 1/13/2025 | e-mail from McKinley | .1 |
| 1/13/2025 | e-mail from client | .1 |
| 1/13/2025 | e-mail from McKinley | .1 |
| 1/13/2025 | e-mail from client | .1 |
| 1/21/2025 | read and reviewed final order | .1 |

| Subtotal | | 5.9 |
|---|---|---|

**Preparing Fee Petition**

| 1/22/2025 | telephone call from McKinley | |
|---|---|---|
| 1/23/2025 | e-mail to Weinstein re fee affidavit | .1 |
| 1/23/2025 | e-mail to Pollins re fee affidavit | .1 |
| 1/23/2025 | e-mail from Pollins re fee affidavit | .1 |
| 1/23/2024 | e-mail to McKinley | .1 |
| 1/23/2024 | e-mail from McKinley | .1 |
| 1/23/2024 | e-mail to McKinley | .1 |
| 1/23/2024 | e-mail from McKinley | .1 |
| 1/23/2024 | e-mail to McKinley | .1 |
| 1/23/2024 | e-mail from McKinley | .1 |
| 1/23/2024 | e-mail to McKinley | .1 |
| 1/23/2024 | e-mail from McKinley | .1 |
| 1/26/2025 | e-mail from Weinstein re fee affidavit | .1 |
| 1/26/2025 | review of Weinstein's affidavit | .1 |
| 1/26/2025 | drafting my fee affidavit | .6 |
| 1/26/2024 | e-mail to McKinley | .1 |

| | | |
|---|---|---|
| 1/27/2024 | e-mail from McKinley | .1 |
| 1/27/2024 | e-mail to McKinley | .1 |
| 1/27/2025 | e-mail from Weinstein re fee affidavit | .1 |
| 1/27/2024 | e-mail to McKinley | .1 |
| 1/27/2024 | e-mail from McKinley | .1 |
| 1/28/2025 | e-mail from McKinley | .1 |
| 1/28/2025 | e-mail to McKinley | .1 |
| 1/28/2025 | e-mail to McKinley | .1 |
| 1/29/2025 | e-mail from McKinley | .1 |
| 1/30/025 | revising memo in support of request for attorneys' fees | .9 |
| 1/30/2025 | e-mail to McKinley | .2 |
| 1/30/2025 | e-mail from Pollins | .1 |
| 1/31/2025 | review of time sheets | 1.0 |
| 1/31/2025 | revising declaration | .3 |
| 1/31/2025 | e-mail to Mckinley | .1 |
| 2/1/2025 | reorganizing of time sheets | .4 |

| | | |
|---|---|---|
| Subtotal | | 5.8 |
| Grand Total of Hours Requested (does not include hours highlighted in yellow) | | 149.9 |
| Expenses | | |
| 5/20/2022 | Mileage to McKinley's office for meeting 150  x .585 = | $ 87.75 |
| 8/27/2022 | Mileage to McKinley's office for Focus Group 150 x .625 = | $ 93.75 |
| 8/27/2022 | lunch with Lorrie | $ 51.77 |

| | | |
|---|---|---|
| Total | | $ 233.27 |