IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLYN GARDNER | : |
| | : |
| v. | :  C.A. No. 22-1034 |
| | : |
| KUTZTOWN UNIVERSITY, *et al.* | : |

### PLAINTIFF'S MOTION FOR ATTORNEYS FEES AND COSTS

Pursuant to Section 794a of the Rehabilitation Act of 1973 and 42 U.S.C. §1988, Plaintiff Carolyn Gardner, through her undersigned counsel, respectfully moves the Court for an award of attorneys fees and costs in connection with the above-captioned lawsuit. For all the reasons set forth in the attachments to this Motion and the Memorandum of Law, Plaintiff is the prevailing party, and is entitled to reimbursement of all reasonable costs and attorneys fees she and his attorneys incurred in the successful prosecution of her case.

The adjusted lodestar for which Plaintiff is seeking reimbursement is $942,045.00 as follows:

| | |
|---|---|
| McKinley & Ryan, LLC | $829,600.00 |
| Ralph Lamar, Esquire | $118,140.00 |

Plaintiff is also seeking $5023.90 in litigation costs as evidenced in the Appendix to this Motion, Exhibit C.

Respectfully submitted,

By: /s/ *Lorrie McKinley*

LORRIE McKINLEY
McKINLEY & RYAN, LLC
238 West Miner Street
West Chester, PA 19382
(610) 436-6060

Attorney for the Plaintiff

RALPH LAMAR
4728 Hamilton Blvd.
Allentown, PA 18103
610-563-0726

Attorney for the Plaintiff

DATE: February 4, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CAROLYN GARDNER** | : |
| Plaintiff | : CIVIL ACTION |
| | : |
| | : NO. 22-1034 |
| v. | : |
| | : |
| **KUTZTOWN UNIVERSITY**, *et al.* | : |
| | : |

## APPENDIX TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

Exhibit A    Declaration of Lorrie McKinley, Esquire

Exhibit B    Curriculum Vitae for Lorrie McKinley, Esquire

Exhibit C    Invoice, McKinley & Ryan, LLC for Stephen Oross

Exhibit D    Summary of Costs and Invoices

Exhibit E    Declaration of Ralph Lamar, Esquire

Exhibit F    Lamar Invoice for Stephen Oross

Exhibit G    Community Legal Services Fee Schedule, January 19, 2023

Exhibit H    Declaration of Marc Weinstein, Esquire

Exhibit I    Declaration of Scott Pollins, Esquire

Exhibit J    Declaration of Brian Foley, Esquire

DATE: February 4, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on this date, February 4, 2025, a true and correct copy of the foregoing Plaintiff's Motion for Attorneys Fees and Costs and the corresponding Memorandum of Law and Appendix was served upon counsel by way of the Court's ECF system as follows:

**Kevin Bradford, Esquire**
Senior Deputy Attorney General

**Matthew Skolnik, Esquire**
Senior Deputy Attorney General

**Pennsylvania Office of Attorney General**
Eastern Regional Office, Civil Litigation Section
1600 Arch Street, Suite 300
Philadelphia, PA 19103


**LORRIE McKINLEY, ESQUIRE**