*Gardner v. Kutztown University, et al.*
**Litigation Costs**

**Court Costs**

| | | |
|---|---|---|
| 03/17/2022 | Filing Fee | $402.00 |
| 08/18/2022 | TRO Hearing Transcript (Deposit - $43.80) (Balance - $164.25) | $208.45 |

**Depositions**

| | | |
|---|---|---|
| 09/27/2022 | Alexis Martin | $251.85 |
| 10/27/2022 | Anne Carroll | $410.75 |
| 11/22/2022 | Gary Chao | $225.00 |
| 12/01/2022 | McKenzie Hollenbach | $240.50 |
| 12/22/2022 | Lorin Basden-Arnold | $409.50 |
| 01/23/2023 | Jennifer Weidman | $493.50 |
| 02/20/2023 | Dr. Rajiv Shah | $369.70 |
| 01/24/2023 | Jesus Pena | $305.50 |
| 02/27/2023 | Carolyn Gardner | $1160.15 |
| 02/24/2023 | Kenneth Hawkinson | $547.00 |

**Total Litigation Costs**: $5023.90

# Lorrie McKinley

**From:** Lorrie McKinley
**Sent:** Friday, March 18, 2022 12:56 PM
**To:** admin
**Subject:** FW: Pay.gov Payment Confirmation: PENNSYLVANIA EASTERN DISTRICT COURT

I guess this is the official receipt for Carolyn's complaint.


-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Thursday, March 17, 2022 8:34 PM
To: Lorrie McKinley <LMcKinley@mckinleyryan.com>
Subject: Pay.gov Payment Confirmation: PENNSYLVANIA EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: John Bullock at 267-299-7066.

Account Number: 2745897
Court: PENNSYLVANIA EASTERN DISTRICT COURT
Amount: $402.00
Tracking Id: APAEDC-15796944
Approval Code: 00601P
Card Number: ************4311
Date/Time: 03/17/2022 08:33:52 ET


NOTE: This is an automated message. Please do not reply

1

# TRANSCRIPTS PLUS, INC

435 Riverview Circle
New Hope, Pennsylvania 18938
215-862-1115
CourtTranscripts@aol.com



McKinley & Ryan LLC
238 W. Miner Street
West Chester, PA 19382-2918

ATTN:  Lorrie McKinley, Esq.

# INVOICE

Date:   9/27/2022

Invoice No.  2022-174

| Transcript Type | Case Name: | Pages | Rate | Amount |
|---|---|---|---|---|
| Ordinary Transcript<br>Less Deposit<br>Refund on Deposit | Gardner v. Kutztown University, et al.<br>Case No. 5:22-cv-01034-JLS<br>Presided by: Hon. Jeffrey L. Schmehl<br>Date of Hearing: August 18, 2022<br>Deposit Check No. 5651 ($164.25)<br>Check No. 2284 ($43.80) | 33 | 3.65<br>-164.25<br>43.80 | 120.45<br>-164.25<br>43.80 |
| | | | **TOTAL DUE:** | $0.00 |

*Handwritten note: Total 208.45*

**PAYMENT IS DUE UPON RECEIPT OF COMPLETED TRANSCRIPT**

Tax Payer ID No. 26-4389258
Duns No. 017190161

I certify the transcript fees charged and page format used comply with the requirements of this Court and the Judicial Conference of the United States

/s/ *Karen Hartmann*                    Date:   September 27, 2022
Karen Hartmann

# Kaplan Leaman & Wolfe Court Reporters

**Invoice**

230 South Broad Street  
Suite 1303  
Philadelphia, PA 19102  
Phone: (877) 559-3376   Fax: (215) 922-1950

| Invoice Date | Invoice # |
|---|---|
| Monday, October 24, 2022 | 17798 |

Lorrie McKinley  
McKinley & Ryan, LLC  
238 West Miner Street  
West Chester, PA 19382

Phone:   (610) 436-6060   Fax:   (610) 436-6804

| | |
|---|---|
| **Witness:** | Alexis Martin |
| **Case:** | Carolyn Gardner vs. Kutztown University |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 9/30/2022 |
| **Start Time:** | 10:30 AM |
| **End Time:** | : 0 |
| **Reporter:** | rna, Kelli Jastrzembski |
| **Claim #:** | |
| **File #:** | *113220dmh* |

| Description | Quan | Total |
|---|---|---|
| Original and One Copy | 69 | $251.85 |
| | Sub Total | $251.85 |
| | Payments | $0.00 |
| | Balance Due | $251.85 |

*We appreciate your business!*

Fed. I.D. # 45-5337944  
*We appreciate your business!*

## Kaplan Leaman & Wolfe Court Reporters                    Invoice

230 South Broad Street
Suite 1303
Philadelphia, PA 19102
Phone: (877) 559-3376    Fax: (215) 922-1950

| Invoice Date | Invoice # |
|---|---|
| Wednesday, November 16, 2022 | 18173 |

Lorrie McKinley
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Phone:   (610) 436-6060      Fax:   (610) 436-6804

| | |
|---|---|
| Witness: | Dr. Anne Carroll |
| Case: | Carolyn Gardner vs. Kutztown University |
| Venue: | |
| Case #: | |
| Date: | 10/27/2022 |
| Start Time: | 10:30 AM |
| End Time: | : 0 |
| Reporter: | vice, Kelli Jastrzembski |
| Claim #: | |
| File #: | 113490dmh |

| Description | Quan | Total |
|---|---|---|
| Original and One Copy | 111 | $360.75 |
| Appearance Fee | 1 | $50.00 |
| Sub Total | | $410.75 |
| Payments | | $0.00 |
| Balance Due | | $410.75 |

*We appreciate your business!*

Fed. I.D. # 45-5337944
*We appreciate your business!*

# Kaplan Leaman & Wolfe Court Reporters

**Invoice**

230 South Broad Street
Suite 1303
Philadelphia, PA 19102
Phone: (877) 559-3376     Fax: (215) 922-1950

| Invoice Date | Invoice # |
|---|---|
| Wednesday, December 7, 2022 | 18550 |

Lorrie McKinley
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Phone:   (610) 436-6060     Fax:   (610) 436-6804

| | |
|---|---|
| **Witness:** | Dr. Gary Chao |
| **Case:** | Carolyn Gardner vs. Kutztown University |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 11/22/2022 |
| **Start Time:** | 10:30 AM |
| **End Time:** | :0 |
| **Reporter:** | ford, Kelli Jastrzembski |
| **Claim #:** | |
| **File #:** | 113680dmh |

| Description | Quan | Total |
|---|---|---|
| Minimum Fee - Original and One Copy | 1 | $225.00 |
| | Sub Total | $225.00 |
| | Payments | $0.00 |
| | Balance Due | $225.00 |

*We appreciate your business!*

Fed. I.D. # 45-5337944
*We appreciate your business!*

# Kaplan Leaman & Wolfe Court Reporters

**Invoice**

230 South Broad Street
Suite 1303
Philadelphia, PA 19102
Phone: (877) 559-3376    Fax: (215) 922-1950

| Invoice Date | Invoice # |
|---|---|
| Friday, December 9, 2022 | 18641 |

Lorrie McKinley
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Phone:    (610) 436-6060    Fax:    (610) 436-6804

| | |
|---|---|
| **Witness:** | McKenzie Hollenbach |
| **Case:** | Carolyn Gardner vs. Kutztown University |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 12/1/2022 |
| **Start Time:** | 2:00 PM |
| **End Time:** | : 0 |
| **Reporter:** | ardi, Kelli Jastrzembski |
| **Claim #:** | |
| **File #:** | *113681dmh* |

| Description | Quan | Total |
|---|---|---|
| Original and One Copy | 74 | $240.50 |
| | Sub Total | $240.50 |
| | Payments | $0.00 |
| | Balance Due | $240.50 |

*We appreciate your business!*

Fed. I.D. # 45-5337944

*We appreciate your business!*

## Kaplan Leaman & Wolfe Court Reporters          Invoice

230 South Broad Street
Suite 1303
Philadelphia, PA 19102
Phone: (877) 559-3376        Fax: (215) 922-1950

| Invoice Date | Invoice # |
|---|---|
| Friday, January 13, 2023 | 19074 |

Lorrie McKinley
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Phone:   (610) 436-6060    Fax:   (610) 436-6804

| | |
|---|---|
| Witness: | Dr. Lorin Basden-Arnold |
| Case: | Carolyn Gardner vs. Kutztown University |
| Venue: | |
| Case #: | |
| Date: | 12/22/2022 |
| Start Time: | 1:30 PM |
| End Time: | :0 |
| Reporter: | atto, Kelli Jastrzembski |
| Claim #: | |
| File #: | 113489dmh |

| Description | Quan | Total |
|---|---|---|
| Original and One Copy | 117 | $409.50 |
| | Sub Total | $409.50 |
| | Payments | $0.00 |
| | Balance Due | $409.50 |

*We appreciate your business!*

Fed. I.D. # 45-5337944
*We appreciate your business!*

# Kaplan Leaman & Wolfe Court Reporters         Invoice

230 South Broad Street  
Suite 1303  
Philadelphia, PA 19102  
Phone: (877) 559-3376     Fax: (215) 922-1950

| Invoice Date | Invoice # |
|---|---|
| Tuesday, February 7, 2023 | 19539 |

Lorrie McKinley  
McKinley & Ryan, LLC  
238 West Miner Street  
West Chester, PA 19382

Phone:    (610) 436-6060     Fax:    (610) 436-6804

| | |
|---|---|
| **Witness:** | Jennifer Weidman |
| **Case:** | Carolyn Gardner vs. Kutztown University |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 1/23/2023 |
| **Start Time:** | 10:30 AM |
| **End Time:** | :0 |
| **Reporter:** | tner, Kelli Jastrzembski |
| **Claim #:** | |
| **File #:** | 114047dmh |

| Description | Quan | Total |
|---|---|---|
| Original and One Copy | 141 | $493.50 |
| | Sub Total | $493.50 |
| | Payments | $0.00 |
| | Balance Due | $493.50 |

*We appreciate your business!*

Fed. I.D. # 45-5337944  
*We appreciate your business!*

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 129539 | 2/20/2023 | 87754 |
| Job Date | Case No. | |
| 1/31/2023 | 22-1034 | |

| Case Name |
|---|
| Carolyn Gardner v. Kutztown University, et al |

| Payment Terms |
|---|
| Net 30 |

Lorrie McKinley
McKinley & Ryan
238 West Miner Street
West Chester, PA 19103

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Rajiv Shah, MD | | | | 347.90 |
| Exhibits Scanned and Uploaded | 6.00 | Pages @ | 0.300 | 1.80 |
| Email Etran/ASCII/PDF | 1.00 | @ | 20.000 | 20.00 |
| **TOTAL DUE >>>** | | | | **$369.70** |

Thank you for your business!

We accept most major credit cards, subject to a 3% convenience fee.

Please note: Payment is not contingent on client reimbursement.

**Tax ID:** 02-0680493

*Please detach bottom portion and return with payment.*

Lorrie McKinley
McKinley & Ryan
238 West Miner Street
West Chester, PA 19103

Invoice No.  : 129539
Invoice Date : 2/20/2023
**Total Due** : **$369.70**

Remit To: **Network Deposition Services**
**Suite 1101 Gulf Tower**
**707 Grant Street**
**Pittsburgh, PA 15219**

Job No.    : 87754
BU ID      : Pittsburgh
Case No.   : 22-1034
Case Name  : Carolyn Gardner v. Kutztown University, et al

# Kaplan Leaman & Wolfe Court Reporters

# Invoice

230 South Broad Street  
Suite 1303  
Philadelphia, PA 19102  
Phone: (877) 559-3376  Fax: (215) 922-1950

| Invoice Date | Invoice # |
|---|---|
| Thursday, February 2, 2023 | 19423 |

Lorrie McKinley  
McKinley & Ryan, LLC  
238 West Miner Street  
West Chester, PA 19382

Phone:  (610) 436-6060    Fax:  (610) 436-6804

| | |
|---|---|
| Witness: | Jesus Pena |
| Case: | Carolyn Gardner vs. Kutztown University |
| Venue: | |
| Case #: | |
| Date: | 1/24/2023 |
| Start Time: | 10:30 AM |
| End Time: | : 0 |
| Reporter: | vice, Kelli Jastrzembski |
| Claim #: | |
| File #: | 114048dmh |

| Description | Quan | Total |
|---|---|---|
| Original and One Copy | 73 | $255.50 |
| Appearance Fee | 1 | $50.00 |
| | Sub Total | $305.50 |
| | Payments | $0.00 |
| | Balance Due | $305.50 |

*We appreciate your business!*

Fed. I.D. # 45-5337944  
*We appreciate your business!*



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 30545 | 2/27/2023 | 28994 |
| Job Date | Case No. | |
| 2/9/2023 | 22-1034 | |
| Case Name | | |
| Carolyn Gardner v Kutztown University, et al | | |
| Payment Terms | | |
| Net 30 | | |

Lorrie McKinley, Esq.
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Carolyn Gardner                                                                          1,010.15
      Production Fee                              1.00   Flat Fee    @     150.000        150.00

**TOTAL DUE >>>**                                                                  **$1,160.15**

Location of Job   : ZOOM

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Lorrie McKinley, Esq.
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Job No.     : 28994        BU ID    : 1-MAIN
Case No.    : 22-1034
Case Name   : Carolyn Gardner v Kutztown University, et al

Invoice No. : 30545        Invoice Date : 2/27/2023
**Total Due** : **$1,160.15**

Remit To:  **LEXITAS**
        **PO Box 734298 Dept 2032**
        **Dallas, TX 75373**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:        Phone#: | | | |
| Billing Address: | | | |
| Zip:          Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

# Kaplan Leaman & Wolfe Court Reporters         Invoice

230 South Broad Street
Suite 1303
Philadelphia, PA 19102
Phone: (877) 559-3376      Fax: (215) 922-1950

| Invoice Date | Invoice # |
|---|---|
| Tuesday, March 7, 2023 | 20040 |

Lorrie McKinley
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Phone:   (610) 436-6060     Fax:   (610) 436-6804

| Field | Value |
|---|---|
| Witness: | Dr. Kenneth Hawkinson |
| Case: | Carolyn Gardner vs. Kutztown University |
| Venue: | |
| Case #: | |
| Date: | 2/24/2023 |
| Start Time: | 1:00 PM |
| End Time: | :0 |
| Reporter: | orto, Kelli Jastrzembski |
| Claim #: | |
| File #: | 5669JMW |

| Description | Quan | Total |
|---|---|---|
| Original and One Copy | 142 | $497.00 |
| Appearance Fee | 1 | $50.00 |
| Sub Total | | $547.00 |
| Payments | | $0.00 |
| Balance Due | | $547.00 |

*We appreciate your business!*

Fed. I.D. # 45-5337944
*We appreciate your business!*