Time and expenses for Gardner

| Date | Task | Time (.1) |
|------|------|-----------|
| **Finalizing Complaint** | | |
| 3/16/2022 | e-mail from McKinley | .1 |
| 3/16/2022 | e-mail to McKinley | .1 |
| 3/16/2022 | e-mail from McKinley | .1 |
| 3/16/2022 | e-mail from McKinley | .1 |
| 3/17/2022 | e-mail from McKinley | .1 |
| 3/17/2022 | e-mail from McKinley | .1 |
| 3/17/2022 | read and reviewed draft complaint | .3 |
| 3/17/2022 | telephone call to McKinley | .4 |
| 3/18/2022 | e-mail from McKinley | .1 |
| 3/18/2022 | e-mail from Natalie Einsig | .1 |
| 3/21/2022 | e-mail from McKinley | .1 |
| 3/21/2022 | e-mail from McKinley | .1 |
| 3/21/2022 | e-mail from McKinley | .1 |
| 3/21/2022 | e-mail from McKinley | .1 |
| 3/21/2022 | e-mail from McKinley | .1 |
| 3/21/2022 | e-mail from McKinley | .1 |
| 3/22/2022 | e-mail from Einsig | .1 |
| 3/22/2022 | e-mail from McKinley | .1 |
| | | |
| Subtotal | | 2.3 |
| **Fall 2022 Accommodation** | | |
| 4/12/2022 | e-mail to McKinley | .1 |
| 4/12/2022 | e-mail from McKinley | .1 |
| 4/12/2022 | e-mail from McKinley | .1 |
| 4/12/2022 | e-mail from Steslow | .1 |
| 4/13/2022 | e-mail from McKinley | .1 |

| | | |
|---|---|---|
| 4/14/2022 | drafting entry of appearance | .1 |
| 4/15/2022 | e-mail from McKinley | .1 |
| 4/15/2022 | e-mail to McKinley | .1 |
| 4/15/2022 | e-mail from McKinley | .1 |
| 4/16/2022 | telephone call to McKinley | .4 |
| 4/18/2022 | e-mail from McKinley | .1 |
| 4/18/2022 | e-mail from client | .1 |
| 4/18/2022 | e-mail from McKinley | .1 |
| 4/19/2022 | e-mail to McKinley | .1 |
| 4/19/2022 | telephone call from McKinley | .1 |
| 4/19/2022 | telephone conference with McKinley and client | .7 |
| 4/19/2022 | e-mail from McKinley | .1 |
| 4/19/2022 | e-mail to McKinley | .1 |
| 4/19/2022 | e-mail from McKinley | .1 |
| 4/19/2022 | e-mail to McKinley | .1 |
| 4/19/2022 | e-mail from client | .1 |
| 4/19/2022 | e-mail from McKinley | .1 |
| 4/20/2022 | e-mail from McKinley | .1 |
| 4/20/2022 | e-mail to McKinley | .1 |
| 4/20/2022 | e-mail from client | .1 |
| 4/20/2022 | e-mail from McKinley | .1 |
| 4/20/2022 | telephone conference with Steslow | 1.4 |
| 4/20/2022 | e-mail from McKinley | .1 |

| | | |
|---|---|---|
| Subtotal | | 5.0 |

**Discovery**

| | | |
|---|---|---|
| 5/24/2022 | e-mail from McKinley | .1 |
| 5/31/2022 | read and reviewed execution of waiver of service form | .1 |
| 5/31/2022 | e-mail to McKinley | .1 |

| 6/1/2022 | telephone call from McKinley | .1 |
| 6/1/2022 | e-mail from McKinley | .1 |
| 6/3/2022 | e-mail from McKinley | .1 |
| 6/3/2022 | e-mail from McKinley | .1 |
| 6/7/2022 | e-mail from Judge Schmehl's clerk | .1 |
| 6/7/2022 | e-mail from Le | .1 |
| 6/7/2022 | e-mail from McKinley | .1 |
| 6/8/2022 | e-mail from Le | .1 |
| 6/9/2022 | e-mail to client | .1 |
| 6/9/2022 | e-mail from client | .1 |
| 6/9/2022 | e-mail to client | .1 |
| 6/9/2022 | read and reviewed Defendants' answer | .1 |
| 6/9/2022 | read and reviewed order setting scheduling conference | .1 |

| Subtotal | | 1.6 |

**Settlement Efforts**

| 6/9/2022 | read and reviewed order sending case to Mag. For settlement Conference | .1 |
| 6/9/2022 | e-mail to client | .1 |
| 6/9/2022 | e-mail to McKinley | .1 |
| 6/9/2022 | e-mail from McKinley | .1 |
| 6/9/2022 | e-mail to McKinley | .1 |
| 6/9/2022 | e-mail from Dangerfield | .1 |
| 6/9/2022 | e-mail to Dangerfield | .1 |
| 6/13/2022 | e-mail from Schmehl's chambers | .1 |
| 6/14/2022 | e-mail from Le | .1 |
| 6/14/2022 | e-mail from McKinley | .1 |
| 6/14/2022 | e-mail from McKinley | .1 |
| 6/14/2022 | e-mail to Dangerfield | .1 |

| | | |
|---|---|---|
| 6/14/2022 | e-mail from Schmehl's chambers | .1 |
| 6/14/2022 | e-mail from McKinley | .1 |
| 6/14/2022 | e-mail from McKinley | .1 |
| 6/14/2022 | e-mail from client | .1 |
| 6/15/2022 | e-mail from McKinley | .1 |
| 6/15/2022 | e-mail from McKinley | .1 |
| 6/16/2022 | e-mail to Dangerfield | .1 |
| 6/17/2022 | e-mail from Le | .1 |
| 6/17/2022 | e-mail from McKinley | .1 |
| 6/19/2022 | e-mail to client | .1 |
| 6/19/2022 | e-mail from client | .1 |
| 6/21/2022 | e-mail from McKinley | .1 |
| 6/21/2022 | e-mail to McKinley | .1 |
| 6/22/2022 | e-mail from McKinley | .1 |
| 6/22/2022 | e-mail to McKinley | .1 |
| 6/23/2022 | telephone call with McKinley | .5 |
| 6/24/2022 | telephone call with client and McKinley | 2.0 |
| 7/19/2022 | telephone call from McKinley | .1 |
| 7/22/2022 | e-mail from McKinley | .1 |
| 7/22/2022 | e-mail from McKinley | .1 |
| 7/22/2022 | e-mail to McKinley | .1 |
| 7/22/2022 | conference call with client and McKinley | 1.1 |
| 7/22/2022 | e-mail to McKinley | .1 |
| 7/22/2022 | e-mail from McKinley | .1 |
| 7/22/2022 | e-mail from McKinley | .1 |
| 7/22/2022 | e-mail from McKinley | .1 |
| 7/26/2022 | e-mail from McKinley | .1 |
| 7/27/2022 | telephone call to McKinley | .2 |
| 7/27/2022 | conference with the Magistrate | .1 |

| | | |
|---|---|---|
| 7/27/2022 | conference with McKinley and client | 1.2 |
| 7/27/2022 | e-mail from Mag. Lloret's chambers | .1 |
| 7/27/2022 | e-mail from client | .1 |
| 7/27/2022 | e-mail to Le | .1 |
| 7/28/2022 | e-mail from McKinley | .1 |
| 7/28/2022 | telephone call to McKinley | .2 |
| 7/28/2022 | e-mail from Le | .1 |
| 7/28/2022 | e-mail to McKinley | .1 |
| 7/29/2022 | e-mail to McKinley | .1 |
| 8/2/2022 | e-mail from Lloret's chambers | .1 |
| 8/2/2022 | e-mail from McKinley | .1 |
| 8/2/2022 | e-mail to McKinley | .1 |
| 8/2/2022 | telephone call from McKinley | .1 |
| 8/3/2022 | e-mail from Le | .1 |
| 8/3/2022 | e-mail from McKinley | .1 |
| 8/3/2022 | e-mail from McKinley | .1 |
| 8/3/2022 | e-mail from McKinley | .1 |
| 8/4/2022 | settlement conference | 2.5 |
| 8/4/2022 | telephone call from McKinley | .3 |
| 8/4/2022 | telephone call to McKinley | .2 |
| 8/4/2022 | e-mail from Lloret's chambers | .1 |
| 8/4/2022 | e-mail from McKinley | .1 |
| 8/4/2022 | e-mail from Le | .1 |

| | | |
|---|---|---|
| Subtotal | | 11.7 |

**1st Motion for TRO**

| | | |
|---|---|---|
| 8/5/2022 | e-mail from Le | .1 |
| 8/5/2022 | e-mail from McKinley | .1 |
| 8/8/2022 | e-mail from McKinley | .1 |

| Date | Description | |
|------|------|------|
| 8/8/2022 | e-mail to McKinley | .1 |
| 8/8/2022 | e-mail from McKinley | .1 |
| 8/8/2022 | e-mail from McKinley | .1 |
| 8/8/2022 | e-mail to McKinley | .1 |
| 8/8/2022 | e-mail from McKinley | .1 |
| 8/8/2022 | e-mail from client | .1 |
| 8/8/2022 | e-mail to McKinley | .1 |
| 8/8/2022 | e-mail from client | .1 |
| 8/9/2022 | read and reviewed order re status conference and end of discovery | .1 |
| 8/9/2022 | e-mail from McKinley | .1 |
| 8/9/2022 | e-mail from McKinley | .1 |
| 8/9/2022 | e-mail from Le | .1 |
| 8/9/2022 | e-mail from Le | .1 |
| 8/9/2022 | e-mail from McKinley | .1 |
| 8/9/2022 | e-mail from client | .1 |
| 8/16/2022 | e-mail from McKinley | .1 |
| 8/16/2022 | read and reviewed draft of motion for TRO | 1.1 |
| 8/16/2022 | e-mail to McKinley | .1 |
| 8/16/2022 | e-mail from McKinley | .1 |
| 8/16/2022 | telephone call from McKinley | .2 |
| 8/17/2022 | e-mail from McKinley | .1 |
| 8/17/2022 | e-mail to McKinley | .1 |
| 8/17/2022 | e-mail from McKinley | .1 |
| 8/17/2022 | e-mail to McKinley | .1 |
| 8/17/2022 | read and reviewed order setting oral arguments | .1 |
| 8/17/2022 | telephone call from McKinley | .6 |
| 8/18/2022 | e-mail from McKinley | .1 |
| 8/18/2022 | telephone call from McKinley | .6 |
| 8/18/2022 | e-mail to McKinley | .1 |

| | | |
|---|---|---|
| 8/18/2022 | oral arguments re TRO | .9 |
| 8/18/2022 | telephone call from Mckinley | .2 |
| 8/18/2022 | e-mail from McKinley | .1 |
| 8/18/2022 | e-mail to McKinley | .1 |
| 8/19/2022 | e-mail from Le | .1 |
| 8/19/2022 | read and reviewed notice of appearance by Zeigler | .1 |
| 8/21/2022 | read and reviewed Defendants' opposition to motion for TRO | .2 |
| 8/22/2022 | telephone call from Mckinley | .1 |
| 8/22/2022 | e-mail to Le | .1 |
| 8/22/2022 | read and reviewed order denying TRO | .1 |
| 8/22/2022 | e-mail from McKinley | .1 |

| | | |
|---|---|---|
| Subtotal | | 7.4 |

**Remainder of discovery**

| | | |
|---|---|---|
| 8/23/2022 | e-mail from Le | .1 |
| 8/23/2022 | e-mail from Le | .1 |
| 8/23/2022 | e-mail to client | .1 |
| 8/23/2022 | e-mail to Le | .1 |
| 8/23/2022 | e-mail from Le | .1 |
| 8/23/2022 | telephone call to Dr. Shah's staff | .1 |
| 8/23/2022 | e-mail from client | .1 |
| 8/23/2022 | e-mail to client | .1 |
| 8/23/2022 | e-mail from client | .1 |
| 8/23/2022 | e-mail from client | .1 |
| 8/23/2022 | e-mail to McKinley | .1 |
| 8/23/2022 | telephone call from McKinley | .5 |
| 8/23/2022 | e-mail from client | .1 |
| 8/24/2022 | e-mail from Le | .1 |
| 8/24/2022 | e-mail from client | .1 |

| | | |
|---|---|---|
| 8/24/2022 | e-mail to client | .1 |
| 8/24/2022 | e-mail from McKinley | .1 |
| 8/24/2022 | telephone call from McKinley | .1 |
| 8/29/2022 | e-mail to client | .1 |
| 8/29/2022 | telephone call Dr. Shah's office | .1 |
| 8/29/2022 | e-mail to Shah's office | .1 |
| 9/6/2022 | e-mail to Le | .1 |
| 9/22/2022 | telephone call with McKinley | .2 |
| 9/22/2022 | e-mail to Le | .1 |
| 9/27/2022 | e-mail from McKinley | .1 |
| 9/27/2022 | e-mail from Le | .1 |
| 9/27/2022 | e-mail to Le | .1 |
| 9/27/2022 | telephone call from McKinley | .1 |
| 9/27/2022 | e-mail from McKinley | .1 |
| 9/27/20232 | e-mail from Le | .1 |
| 9/272022 | e-mail to Dr. Shah's staff | .1 |
| 9/27/2022 | conference with the Court | .1 |
| 9/27/2022 | read and reviewed order from Court re next status conference | .1 |
| 9/27/2022 | e-mail to Le | .1 |
| 9/27/2022 | e-mail from McKinley | .1 |
| 9/29/2022 | telephone call from McKinley | .1 |
| 9/29/2022 | e-mail from McKinley | .1 |
| 9/29/2022 | e-mail from McKinley | .1 |
| 9/30/2022 | e-mail to Le | .1 |
| 9/30/2022 | e-mail from Le | .1 |
| 9/30/2022 | telephone call from McKinley | .4 |
| 9/30/2022 | revising plaintiff's first requests for admission and | |
| | Second requests for production on documents | .3 |
| 9/30/2022 | e-mail to Le | .1 |

| | | |
|---|---|---|
| 10/3/2022 | e-mail from Le | .1 |
| 10/3/2022 | read and reviewed documents produced by defendants | .2 |
| 10/3/2022 | e-mail from Le | .1 |
| 10/3/2022 | e-mail from McKinley | .1 |
| 10/3/2022 | e-mail from client | .1 |
| 10/3/2022 | e-mail from McKinley | .1 |
| 10/3/2022 | e-mail from client | .1 |
| 10/3/2022 | e-mail from McKinley | .1 |
| 10/3/2022 | e-mail from client | .1 |
| 10/4/2022 | e-mail from McKinley | .1 |
| 10/4/2022 | e-mail from McKinley | .1 |
| 10/4/2022 | e-mail from client | .1 |
| 10/4/2022 | e-mail from McKinley | .1 |
| 10/19/2022 | e-mail to Mckinley | .1 |
| 10/20/2022 | e-mail from McKinley | .1 |
| 10/20/2022 | e-mail from McKinley | .1 |
| 10/24/2022 | e-mail from McKinley | .1 |
| 10/24/2022 | e-mail from court reporter | .1 |
| 10/25/2022 | e-mail from McKinley | .1 |
| 10/25/2022 | e-mail from Zeigler | .1 |
| 10/25/2022 | e-mail from McKinley | .1 |
| 10/25/2022 | e-mail from McKinley | .1 |
| 10/25/2022 | e-mail from Bradford | .1 |
| 10/25/2022 | e-mail from McKinley | .1 |
| 10/25/2022 | e-mail to Bradford | .1 |
| 10/25/2022 | e-mail from Zeigler | .1 |
| 10/26/2022 | e-mail from McKinley | .1 |
| 10/26/2022 | e-mail from Median (Zeigler) | .1 |
| 10/26/2022 | e-mail from McKinley | .1 |

| | | |
|---|---|---|
| 10/26/2022 | e-mail from court reporter | .1 |
| 10/26/2022 | e-mail from McKinley | .1 |
| 10/26/2022 | e-mail from McKinley | .1 |
| 10/27/2022 | e-mail from Medina (Zeigler) | .1 |
| 10/27/2022 | e-mail from Medina (Zeigler) | .1 |
| 10/27/2022 | e-mail from Medina (Zeigler) | .1 |
| 10/27/2022 | e-mail from McKinley | .1 |
| 10/27/2022 | e-mail from McKinley | .1 |
| 10/28/2022 | read and reviewed entry of appearance by Bradford | .1 |
| 11/1/2022 | e-mail from McKinley | .1 |
| 11/1/2022 | e-mail from Medina | .1 |
| 11/1/2022 | e-mail from McKinley | .1 |
| 11/1/2022 | e-mail to McKinley | .1 |
| 11/1/2022 | e-mail from Medina | .1 |
| 11/1/2022 | e-mail from McKinley | .1 |
| 11/1/2022 | e-mail from McKinley | .1 |
| 11/1/2022 | e-mail to McKinley | .1 |
| 11/2/2022 | e-mail from McKinley | .1 |
| 11/3/2022 | e-mail to Medina | .1 |
| 11/3/2022 | conference call with Court | .5 |
| 11/3/2022 | e-mail to Bradford | .1 |
| 11/3/2022 | e-mail from Medina | .1 |
| 11/3/2022 | e-mail from Medina | .1 |
| 11/4/2022 | e-mail from McKinley | .1 |
| 11/8/2022 | e-mail to McKinley | .1 |
| 11/8/2022 | e-mail to McKinley | .1 |
| 11/8/2022 | e-mail to McKinley | .1 |
| 11/15/2022 | telephone call from McKinley | .1 |
| 11/16/2022 | read and reviewed defendants' response to Pl. 1st RFA | .1 |

| | | |
|---|---|---|
| 11/16/2022 | read and reviewed Defendants' response to Pl. 2nd RPD | .1 |
| 11/17/2022 | e-mail to McKinley | .1 |
| 11/18/2022 | e-mail from Medina | .1 |
| 11/18/2022 | e-mail from McKinley | .1 |
| 11/18/2022 | e-mail from McKinley | .1 |
| 11/18/2022 | e-mail from Medina | .1 |
| 11/18/2022 | e-mail from McKinley | .1 |
| 11/18/2022 | e-mail from McKinley | .1 |
| 11/18/2022 | e-mail from McKinley | .1 |
| 11/18/2022 | e-mail from McKinley | .1 |
| 11/21/2022 | e-mail from Medina | .1 |
| 11/21/2022 | e-mail from McKinley | .1 |
| 11/21/2022 | e-mail from McKinley | .1 |
| 11/21/2022 | e-mail from Medina | .1 |
| 11/22/2022 | e-mail to client | .1 |
| 11/22/2022 | e-mail to McKinley | .1 |
| 11/22/2022 | Dr. Chao's deposition | 1.0 |
| 11/22/2022 | telephone call from McKinley | .5 |
| 11/22/2022 | e-mail from McKinley | .1 |
| 11/22/2022 | e-mail from McKinley | .1 |
| 11/22/2022 | e-mail from McKinley | .1 |
| 11/23/2022 | e-mail from McKinley | .1 |
| 11/23/2022 | e-mail from McKinley | .1 |
| 11/24/2022 | e-mail to defense counsel | .1 |
| 11/28/2022 | e-mail from Medina | .1 |
| 11/30/2022 | e-mail from McKinley | .1 |
| 11/30/2022 | e-mail from McKinley | .1 |
| 11/30/2022 | e-mail from McKinley | .1 |
| 12/1/2022 | telephone call from Mckinley | .3 |

| | | |
|---|---|---|
| 12/1/2022 | deposition of McKenzie Hollenbach | 1.3 |
| 12/1/2022 | telephone call from McKinley | .2 |
| 12/2/2022 | e-mail from Medina | .1 |
| 12/5/2022 | drafting deposition notices for Basden-Arnold and Weidman | .2 |
| 12/5/2022 | e-mail to Medina | .1 |
| 12/5/2022 | e-mail from Medina | .1 |
| 12/5/2022 | e-mail to McKinley | .1 |
| 12/5/2022 | e-mail from Medina | .1 |
| 12/6/2022 | telephone call from McKinley | .1 |
| 12/6/2022 | e-mail from McKinley | .1 |
| 12/6/2022 | e-mail from McKinley | .1 |
| 12/6/2022 | e-mail from McKinley | .1 |
| 12/7/2022 | e-mail from Medina | .1 |
| 12/7/2022 | e-mail from McKinley | .1 |
| 12/7/2022 | telephone call from McKinley | .5 |
| 12/7/2022 | e-mail from McKinley | .1 |
| 12/7/2022 | e-mail from McKinley | .1 |
| 12/8/2022 | e-mail to Medina | .1 |
| 12/8/2022 | e-mail from McKinley | .1 |
| 12/8/2022 | e-mail from client | .1 |
| 12/9/2022 | drafting deposition notice for Pena | .1 |
| 12/9/2022 | e-mail to Defense counsel | .1 |
| 12/12/2022 | e-mail from Medina | .1 |
| 12/13/2022 | telephone call to McKinley | .3 |
| 12/14/2022 | e-mail to Medina | .1 |
| 12/14/2022 | drafting amended deposition notice for Weidman | .1 |
| 12/14/2022 | e-mail to Medina | .1 |
| 12/14/2022 | e-mail from McKinley | .1 |
| 12/14/2022 | e-mail from Medina | .1 |

| | | |
|---|---|---|
| 12/15/2022 | e-mail from McKinley | .1 |
| 12/15/2022 | e-mail from client | .1 |
| 12/15/2022 | e-mail from Medina | .1 |
| 12/22/2022 | deposition of Lorin Basden-Arnold | 2.0 |

| | | |
|---|---|---|
| Subtotal | | 23.2 |

**2nd TRO**

| | | |
|---|---|---|
| 12/15/2022 | e-mail from McKinley | .1 |
| 12/15/2022 | telephone call from McKinley | .3 |
| 12/16/2022 | e-mail from client | .1 |
| 12/16/2022 | telephone call from McKinley | .4 |
| 12/16/2022 | e-mail from McKinley | .1 |
| 12/16/2022 | e-mail from client | .1 |
| 12/16/2022 | e-mail from McKinley | .1 |
| 12/19/2022 | e-mail from Bradford | .1 |
| 12/20/2022 | e-mail from McKinley | .1 |
| 12/21/2022 | e-mail to Mckinley | .1 |
| 12/21/2022 | e-mail to client | .1 |
| 12/21/2022 | e-mail from client | .1 |
| 12/21/2022 | e-mail to client | .1 |
| 12/21/2022 | e-mail from Medina | .1 |
| 12/21/2022 | telephone call from McKinley | .4 |
| 12/21/2022 | e-mail from McKinley | .1 |
| 12/21/2022 | telephone call from McKinley | .2 |
| 12/21/2022 | e-mail from Bradford | .1 |
| 12/21/2022 | e-mail from McKinley | .1 |
| 12/21/2022 | e-mail from McKinley | .1 |
| 12/21/2022 | e-mail to client | .1 |
| 12/22/2022 | telephone call from client | .5 |

| Date | Description | |
|---|---|---|
| 12/22/2022 | e-mail from client | .1 |
| 12/22/2022 | e-mail to client | .1 |
| 12/22/2022 | e-mail from client | .1 |
| 12/22/2022 | e-mail to client | .1 |
| 12/22/2022 | e-mail from Bradford | .1 |
| 12/22/2022 | e-mail from Bradford | .1 |
| 12/22/2022 | e-mail from McKinley | .1 |
| 12/22/2022 | e-mail from Bradford | .1 |
| 12/22/2022 | telephone call from Mckinley | .1 |
| 12/22/2022 | e-mail from client | .1 |
| 12/23/2022 | e-mail from client | .1 |
| 12/23/2022 | e-mail from McKinley | .1 |
| 12/28/2022 | e-mail from McKinley | .1 |
| 1/3/2023 | e-mail from client | .1 |
| 1/4/2023 | e-mail from client | .1 |
| 1/4/2023 | e-mail to client | .1 |
| 1/4/2023 | telephone call from McKinley | .4 |
| 1/5/2023 | e-mail from client | .1 |
| 1/5/2023 | e-mail from McKinley | .1 |
| 1/5/2023 | e-mail from client | .1 |
| 1/5/2023 | e-mail from client | .1 |
| 1/6/2023 | read and reviewed brief opposing TRO | .1 |
| 1/6/2023 | e-mail from client | .1 |
| 1/6/2023 | e-mail from client | .1 |
| 1/9/2023 | read and reviewed order setting conference on TRO | .1 |
| 1/10/2023 | e-mail from client | .1 |
| 1/10/2023 | e-mail from client | .1 |
| 1/10/2023 | e-mail from McKinley | .1 |
| 1/10/2023 | e-mail from Medina | .1 |

| | | |
|---|---|---|
| 1/10/2023 | e-mail from McKinley | .1 |
| 1/10/2023 | e-mail from Medina | .1 |
| 1/10/2023 | e-mail from client | .1 |
| 1/10/2023 | read and reviewed reply brief re plaintiff's 2nd motion for TRO | .1 |
| 1/11/2023 | conference re 2nd motion for TRO | 1.0 |
| 1/11/2023 | telephone call from Mckinley | .4 |
| 1/11/2023 | telephone call to Steve Oross | .2 |
| 1/11/2023 | e-mail from McKinley | .1 |
| 1/11/2023 | e-mail from Medina | .1 |
| 1/11/2023 | e-mail from Medina | .1 |
| 1/11/2023 | e-mail from McKinley | .1 |
| 1/11/2023 | e-mail from Medina | .1 |
| 1/12/2023 | read and reviewed order setting deadline for letter from Dr. Shah | .1 |
| 1/12/2023 | e-mail from McKinley | .1 |
| 1/13/2023 | e-mail from client | .1 |
| 1/13/2023 | e-mail from client | .1 |
| 1/13/2023 | telephone call to client | .3 |
| 1/13/2023 | e-mail from McKinley | .1 |
| 1/14/2023 | e-mail from McKinley | .1 |
| 1/16/2023 | e-mail from McKinley | .1 |
| 1/16/2023 | e-mail to McKinley | .1 |
| 1/16/2023 | e-mail from client | .1 |
| 1/16/2023 | e-mail from client | .1 |
| 1/17/2023 | e-mail from client | .1 |
| 1/17/2023 | e-mail from client | .1 |
| 1/17/2023 | e-mail from McKinley | .1 |
| 1/17/2023 | telephone call from McKinley | .2 |
| 1/17/2023 | telephone call from McKinley | .3 |
| 1/18/2023 | e-mail from McKinley | .1 |

| | | |
|---|---|---|
| 1/19/2023 | e-mail from McKinley | .1 |
| 1/19/2023 | e-mail from client | .1 |
| 1/20/2023 | e-mail from McKinley | .1 |
| 1/20/2023 | e-mail from client | .1 |
| 1/20/2023 | e-mail from McKinley | .1 |
| 1/20/2023 | e-mail from McKinley | .1 |
| 1/20/2023 | e-mail from McKinley | .1 |
| 1/20/2023 | telephone call to McKinley | .3 |
| 1/22/2023 | telephone call to McKinley | .5 |
| 1/22/2023 | e-mail from client | .1 |
| 1/22/2023 | e-mail from client | .1 |
| 1/23/2023 | telephone call to Judge Schmehl's clerk | .1 |
| 1/23/2023 | read and reviewed order on plaintiff's second motion for TRO | .1 |

| | | |
|---|---|---|
| Subtotal | | 13.3 |

**Remainder of Discovery**

| | | |
|---|---|---|
| 1/23/2023 | e-mail to Albert Lao | .1 |
| 1/23/2023 | e-mail from McKinley | .1 |
| 1/23/2023 | e-mail from McKinley | .1 |
| 1/23/2023 | deposition of Weidman | 4.5 |
| 1/23/2023 | telephone call from McKinley | .4 |
| 1/23/2023 | preparing for Pena deposition | 1.0 |
| 1/24/2023 | telephone call to McKinley | .2 |
| 1/24/2023 | e-mail to Medina | .1 |
| 1/24/2023 | e-mail to Medina | .1 |
| 1/24/2023 | deposition of Pena | 1.8 |
| 1/24/2023 | telephone call from McKinley | .2 |
| 1/24/2023 | e-mail from McKinley | .1 |
| 1/24/2023 | e-mail from client | .1 |

16

| 1/24/2023 | e-mail to client | .1 |
| 1/24/2023 | e-mail from McKinley | .1 |
| 1/25/2023 | e-mail to McKinley | .1 |
| 1/25/2023 | e-mail from client | .1 |
| 1/25/2023 | telephone call to bond company | .1 |
| 1/25/2023 | telephone call to Clerk of Court | .1 |
| 1/25/2023 | e-mail to client | .1 |
| 1/25/2023 | drafting notice of change of address | .1 |
| 1/26/2023 | e-mail from McKinley | .1 |
| 1/26/2023 | e-mail to Dr. Shah's staff | .1 |
| 1/26/2023 | e-mail to McKinley | .1 |
| 1/26/2023 | e-mail from client | .1 |
| 1/26/2023 | e-mail to client | .1 |
| 1/26/2023 | e-mail from client | .1 |
| 1/27/2023 | e-mail from McKinley | .1 |
| 1/27/2023 | telephone call from Dr. Shah | .1 |
| 1/26/2023 | e-mail to client | .1 |
| 1/26/2023 | e-mail from client | .1 |
| 1/26/2023 | e-mail from client | .1 |
| 1/26/2023 | e-mail to client | .1 |
| 1/27/2023 | e-mail from McKinley | .1 |
| 1/27/2023 | e-mail to McKinley | .1 |
| 1/27/2023 | e-mail from McKinley | .1 |
| 1/27/2023 | e-mail to McKinley | .1 |
| 1/27/2023 | telephone call to Dr. Shah | .2 |
| 1/29/2023 | e-mail from client | .1 |
| 1/29/2023 | e-mail from client | .1 |
| 1/29/2023 | e-mail to client | .1 |
| 1/29/2023 | e-mail from client | .1 |

| | | |
|---|---|---|
| 1/30/2023 | e-mail from Bradford | .1 |
| 1/30/2023 | e-mail to Bradford | .1 |
| 1/30/2023 | e-mail from McKinley | .1 |
| 1/30/2023 | e-mail from Bradford | .1 |
| 1/30/2023 | e-mail to Bradford | .1 |
| 1/30/2023 | e-mail from McKinley | .1 |
| 1/30/2023 | e-mail to McKinley | .1 |
| 1/30/2023 | telephone call from McKinley | .1 |
| 1/30/2023 | telephone call from Bradford | .1 |
| 1/30/2023 | telephone call to McKinley | .1 |
| 1/30/2023 | e-mail from client | .1 |
| 1/30/2023 | e-mail from Medina | .1 |
| 1/30/2023 | e-mail from McKinley | .1 |
| 1/31/2023 | e-mail from Medina | .1 |
| 1/31/2023 | e-mail to Shah | .1 |
| 1/31/2023 | e-mail from Bradford | .1 |
| 1/31/2023 | deposition of Dr. Shah | 2.0 |
| 2/1/2023 | e-mail from McKinley | .1 |
| 2/1/2023 | e-mail from client | .1 |
| 2/2/2023 | prep of client for her deposition | 1.5 |
| 2/3/2023 | e-mail from client | .1 |
| 2/3/2023 | e-mail to client | .1 |
| 2/3/2023 | e-mail from client | .1 |
| 2/3/2023 | e-mail from client | .1 |
| 2/3/2023 | e-mail from client | .1 |
| 2/3/2023 | e-mail from client | .1 |
| 2/3/2023 | e-mail from Medina | .1 |
| 2/3/2023 | e-mail from McKinley | .1 |
| 2/3/2023 | e-mail from McKinley | .1 |

| | | |
|---|---|---|
| 2/3/2023 | e-mail from Medina | .1 |
| 2/3/2023 | e-mail from McKinley | .1 |
| 2/6/2023 | e-mail from client | .1 |
| 2/6/2023 | e-mail to client | .1 |
| 2/6/2023 | e-mail from client | .1 |
| 2/6/2023 | e-mail from client | .1 |
| 2/6/2023 | e-mail from client | .1 |
| 2/6/2023 | e-mail from client | .1 |
| 2/6/2023 | e-mail from McKinley | .1 |
| 2/6/2023 | e-mail from Medina | .1 |
| 2/6/2023 | e-mail from McKinley | .1 |
| 2/6/2023 | e-mail from client | .1 |
| 2/7/2023 | e-mail from McKinley | .1 |
| 2/8/2023 | e-mail from McKinley | .1 |
| 2/8/2023 | e-mail from McKinley | .1 |
| 2/8/2023 | e-mail from Medina | .1 |
| 2/8/2023 | e-mail from McKinley | .1 |
| 2/8/2023 | e-mail from McKinley | .1 |
| 2/9/2023 | e-mail from client | .1 |
| 2/9/2023 | e-mail to client | .1 |
| 2/9/2023 | deposition of client | 2.0 |
| 2/10/2023 | e-mail from client | .1 |
| 2/10/2023 | e-mail from client | .1 |
| 2/10/2023 | e-mail from Medina | .1 |
| 2/10/2023 | e-mail from McKinley | .1 |
| 2/10/2023 | e-mail from McKinley | .1 |
| 2/10/2023 | e-mail from McKinley | .1 |
| 2/10/2023 | e-mail from McKinley | .1 |
| 2/14/2023 | e-mail from McKinley | .1 |

| | | |
|---|---|---|
| 2/15/2023 | telephone call from McKinley | .3 |
| 2/17/2023 | e-mail from Medina | .1 |
| 2/17/2023 | e-mail from Bradford | .1 |
| 2/17/2023 | e-mail from Bradford | .1 |
| 2/17/2023 | e-mail from Bradford | .1 |
| 2/17/2023 | e-mail from client | .1 |
| 2/17/2023 | e-mail from client | .1 |
| 2/17/2023 | e-mail from client | .1 |
| 2/20/2023 | e-mail from McKinley | .1 |
| 2/20/2023 | e-mail from McKinley | .1 |
| 2/20/2023 | e-mail from McKinley | .1 |
| 2/21/2023 | letter to Clerk | .2 |
| 2/21/2023 | conference zoom call with client and McKinley | 1.0 |
| 2/21/2023 | e-mail from client | .1 |
| 2/22/2023 | e-mail from McKinley | .1 |
| 2/22/2023 | e-mail to McKinley | .1 |
| 2/22/2023 | e-mail to counsel | .1 |
| 2/22/2023 | e-mail from client | .1 |
| 2/22/2023 | e-mail from client | .1 |
| 2/22/2023 | e-mail from client | .1 |
| 2/22/2023 | e-mail from client | .1 |
| 2/22/2023 | e-mail from McKinley | .1 |
| 2/22/2023 | e-mail from McKinley | .1 |
| 2/22/2023 | e-mail from client | .1 |
| 2/22/2023 | e-mail from client | .1 |
| 2/24/2023 | e-mail from client | .1 |
| 2/24/2023 | telephone call from McKinley | .2 |
| 2/24/2023 | e-mail from McKinley | .1 |
| 2/24/2023 | deposition of Hawkinson | 1.5 |

| | | |
|---|---|---|
| 2/27/2023 | telephone call from McKinley | .5 |
| 3/7/2023 | e-mail from Medina | .1 |
| 3/13/2023 | e-mail from Medina | .1 |
| 3/14/2023 | e-mail from client | .1 |

| | | |
|---|---|---|
| Subtotal | | 29.2 |

**Pl. Motion for Summary Judgment**

| | | |
|---|---|---|
| 3/16/2023 | e-mail from McKinley | .1 |
| 3/21/2023 | e-mail from Medina | .1 |
| 3/23/2023 | e-mail from McKinley | .1 |
| 3/30/2023 | telephone call from McKinley | .6 |
| 3/31/2023 | e-mail from client | .1 |
| 4/13/2023 | e-mail from McKinley | .1 |
| 4/13/2023 | e-mail from client | .1 |
| 4/3/2023 | e-mail from McKinley | .1 |
| 4/13/2023 | e-mail from client | .1 |
| 4/13/2023 | e-mail from McKinley | .1 |
| 4/13/2023 | e-mail from client | .1 |
| 4/13/2023 | e-mail from client | .1 |
| 4/25/2023 | e-mail from McKinley | .1 |
| 4/26/2023 | telephone call from McKinley | 1.0 |
| 4/27/2023 | e-mail from McKinley | .1 |
| 5/1/2023 | e-mail from McKinley | .1 |
| 5/1/2023 | e-mail from McKinley | .1 |
| 5/2/2023 | e-mail to McKinley | .1 |
| 5/2/2023 | e-mail from Bradford | .1 |
| 5/3/2023 | telephone call from McKinley | .2 |
| 5/3/2023 | telephone call from McKinley | .5 |
| 5/4/2023 | telephone call from McKinley | .2 |

| | | |
|---|---|---|
| 5/11/2023 | e-mail from McKinley | .1 |
| 5/12/2023 | telephone call from McKinley | .2 |
| 5/15/2023 | e-mail from McKinley | .1 |
| 5/16/2023 | e-mail to McKinley | .1 |
| 5/16/2023 | e-mail from McKinley | .1 |
| 5/24/2023 | e-mail from client | .1 |
| 5/24/2023 | e-mail from McKinley | .1 |
| 5/24/2023 | telephone call from McKinley | .3 |
| 5/25/2023 | drafting portion of motion for summary judgment re Dr. Shah's | |
| | Testimony | .9 |
| 5/25/2023 | e-mail from client | .1 |
| 5/25/2023 | e-mail to McKinley | .1 |
| 5/25/2023 | e-mail from McKinley | .1 |
| 5/25/2023 | e-mail from Bradford | .1 |
| 5/26/2023 | e-mail from Bradford | .1 |
| 5/26/2023 | e-mail to Bradford | .1 |
| 5/26/2023 | e-mail to McKinley | .1 |
| 5/26/2023 | e-mail from client | .1 |
| 5/26/2023 | e-mail to McKinley | .1 |
| 5/26/2023 | e-mail from McKinley | .1 |
| 5/26/2023 | e-mail to McKinley | .1 |
| 5/26/23023 | e-mail from Bradford | .1 |
| 5/26/2023 | e-mail from McKinley | .1 |
| 5/28/2023 | e-mail to McKinley | .1 |
| 5/30/2023 | e-mail from McKinley | .1 |
| 5/30/2023 | e-mail to McKinley | .1 |
| 5/30/2023 | e-mail from McKinley | .1 |
| 5/30/2023 | e-mail from McKinley | .1 |
| 5/31/2023 | e-mail from McKinley | .1 |

| | | |
|---|---|---|
| 5/31/2023 | e-mail to McKinley | .1 |
| 5/31/2023 | e-mail from McKinley | .1 |
| 5/31/2023 | e-mail from McKinley | .1 |
| 5/31/2023 | e-mail from client | .1 |
| 6/1/2023 | telephone call to McKinley | .4 |
| 6/1/2023 | e-mail from McKinley | .1 |
| 6/1/2023 | e-mail to McKinley | .1 |
| 6/1/2023 | e-mail from client | .1 |
| 6/1/23023 | e-mail from Bradford | .1 |
| 6/1/2023 | e-mail from McKinley | .1 |
| 6/1/23023 | e-mail from Bradford | .1 |
| 6/1/2023 | e-mail from McKinley | .1 |
| 6/1/23023 | e-mail from Bradford | .1 |
| 6/1/2023 | e-mail from McKinley | .1 |
| 6/1/2023 | e-mail from McKinley | .1 |
| 6/2/2023 | e-mail from McKinley | .1 |
| 6/5/2023 | e-mail from Bradford | .1 |
| 6/6/2023 | e-mail from McKinley | .1 |
| 6/6/2023 | e-mail from Bradford | .1 |
| 6/6/2023 | e-mail from Bradford | .1 |
| 6/7/2023 | e-mail from McKinley | .1 |
| 6/8/2023 | e-mail from McKinley | .1 |
| 6/8/2023 | e-mail to McKinley | .1 |
| 6/8/2023 | e-mail from McKinley | .1 |
| 6/8/2023 | e-mail from Bradford | .1 |
| 6/9/2023 | e-mail from McKinley | .1 |
| 6/9/2023 | e-mail from Bradford | .1 |
| 6/9/2023 | e-mail from McKinley | .1 |
| 6/10/2023 | e-mail from McKinley | .1 |

| | | |
|---|---|---|
| 6/10/2023 | e-mail to McKinley | .1 |
| 6/11/2023 | e-mail from client | .1 |
| 6/11/2023 | e-mail from McKinley | .1 |
| 6/11/2023 | e-mail to McKinley | .1 |
| 6/11/2023 | e-mail from McKinley | .1 |
| 6/12/2023 | e-mail from McKinley | .1 |
| 6/12/2023 | e-mail from McKinley | .1 |
| 6/13/2023 | e-mail from McKinley | .1 |
| 6/13/2023 | e-mail from McKinley | .1 |
| 6/13/2023 | read and reviewed stipulation re Plaintiff's motion for summary judgment | .1 |
| 6/16/2023 | telephone call from McKinley | .5 |
| 6/21/2023 | read and reviewed notice of appearance by Skolnik | .1 |
| 6/28/2023 | e-mail from Bradford | .1 |
| 6/29/2023 | read and reviewed order setting Defendant's deadline to respond to Pl. Motion for summary judgment | .1 |
| 6/30/2023 | telephone call from McKinley | .2 |

| | | |
|---|---|---|
| Subtotal | | 13.3 |

**Pl. Motion to Extend Preliminary Injunction (TRO)**

| | | |
|---|---|---|
| 7/10/2023 | telephone call to McKinley | .2 |
| 7/10/2023 | e-mail from McKinley | .1 |
| 7/10/2023 | e-mail from McKinley | .1 |
| 7/11/2023 | e-mail from Bradford | .1 |
| 7/11/2023 | e-mail from McKinley | .1 |
| 7/14/2023 | telephone call to McKinley | .6 |
| 7/14/2023 | e-mail from Bradford | .1 |
| 7/14/2023 | e-mail from Crossley | .1 |

| 7/14/2023 | e-mail from McKinley | .1 |
| 7/14/2023 | read and reviewed order setting phone conference | .1 |
| 7/18/2023 | telephone call from McKinley | .5 |
| 7/18/2023 | phone conference with the Court | .7 |
| 7/18/2023 | telephone call from McKinley | .4 |
| 7/18/2023 | telephone call from McKinley | .2 |
| 7/18/2023 | e-mail from McKinley | .1 |
| 7/18/2023 | read and reviewed motion for continuance of preliminary injunction | .1 |
| 7/20/2023 | e-mail from Bradford | .1 |
| 7/20/2023 | read and reviewed order extending preliminary injunction | .1 |
| 7/20/2023 | e-mail from McKinley | .1 |
| 7/20/2023 | e-mail from McKinley | .1 |
| 7/20/2023 | telephone call to client | .5 |
| 7/20/2023 | e-mail to client | .1 |
| 7/20/2023 | e-mail from McKinley | .1 |
| 7/21/2023 | e-mail from McKinley | .1 |
| 7/21/2023 | e-mail from McKinley | .1 |
| 7/21/2023 | e-mail from client | .1 |
| 7/24/2023 | read and reviewed order re deadlines for MSJ responses | .1 |
| 7/24/2023 | telephone call from McKinley | .2 |
| 8/8/2023 | e-mail from Skolnik | .1 |
| 8/9/2023 | e-mail to McKinley | .1 |
| 8/9/2023 | e-mail from McKinley | .1 |
| 8/10/2023 | e-mail from Skolnik | .1 |

Subtotal                                                                   5.8

**Responding to def. Motion for Summary Judgment**

| 8/10/2023 | e-mail from McKinley | .1 |
| 8/11/2023 | e-mail from Skolnik | .1 |

| | | |
|---|---|---|
| 8/11/2023 | e-mail from McKinley | .1 |
| 8/11/2023 | read and reviewed Defendant's statement of additional undisputed facts | .1 |
| 8/11/2023 | read and reviewed defendant's motion for summary judgment/ Response to Plaintiff's motion for summary judgment | .5 |
| 8/12/2023 | e-mail to McKinley | .1 |
| 8/12/2023 | drafting brief in response to def. MSJ/reply brief re Plaintiff's MSJ | .2 |
| 8/13/2023 | e-mail to McKinley | .1 |
| 8/13/2023 | e-mail to McKinley | .1 |
| 8/14/2023 | e-mail from McKinley | .1 |
| 8/14/2023 | telephone call from McKinley | .3 |
| 8/14/2023 | e-mail from McKinley | .1 |
| 8/15/2023 | drafting brief in opposition to Def. MSJ on issue of qualified Immunity | 1.5 |
| 8/15/2023 | e-mail from McKinley | .1 |
| 8/17/2023 | drafting brief in opposition to Def. MSJ on issue of qualified Immunity | 1.2 |
| 8/17/2023 | e-mail from Skolnik | .1 |
| 8/17/2023 | read and reviewed Court's order granting Defendants 21 Additional days to respond to motion for reconsideration | .1 |
| 8/18/2023 | telephone call from client | 1.0 |
| 8/18/2023 | e-mail from client | .1 |
| 8/21/2023 | e-mail from McKinley | .1 |
| 8/21/2023 | e-mail from Skolnik | .1 |
| 8/25/2023 | e-mail from McKinley | .1 |
| 8/25/2023 | drafting brief on issue of qualified immunity | .2 |
| 8/25/2023 | e-mail to McKinley | .1 |

| | | |
|---|---|---|
| 8/30/2023 | e-mail from McKinley | .1 |
| 8/30/2023 | e-mail from McKinley | .1 |
| 8/30/2023 | e-mail from client | .1 |
| 8/30/2023 | e-mail to McKinley | .1 |
| 8/30/2023 | examining legal authority for what constitutes the record at summary judgment | .8 |
| 8/30/2023 | telephone call to McKinley | .5 |
| 8/30/2023 | drafting brief in opposition to defendant's motion for summary Judgment | .5 |
| 8/30/2023 | telephone call to client | .3 |
| 9/1/2023 | e-mail from McKinley | .1 |
| 9/12/2023 | e-mail from Skolnik | .1 |
| 9/12/2023 | read and reviewed Defendants' expert CV | .1 |
| 9/13/2023 | read and reviewed order granting plaintiff's motion to file overlength brief | .1 |
| 9/14/2023 | e-mail from client | .1 |
| 9/14/2023 | telephone call from McKinley | .1 |
| 9/14/2023 | telephone call from McKinley | .1 |
| 9/14/2023 | e-mail from McKinley | .1 |

| | | |
|---|---|---|
| Subtotal | | 9.8 |

**Defendants' Expert Report Issue**

| | | |
|---|---|---|
| 9/15/2023 | e-mail to McKinley | .1 |
| 9/17/2023 | e-mail to McKinley | .1 |
| 9/19/2023 | e-mail from McKinley | .1 |
| 9/19/2023 | e-mail from McKinley | .1 |
| 9/19/2023 | e-mail to McKinley | .1 |
| 9/20/2023 | e-mail from client | .1 |
| 9/20/2023 | e-mail from McKinley | .1 |

| | | |
|---|---|---|
| 9/20/2023 | e-mail from client | .1 |
| 9/22/2023 | telephone call to client | .9 |
| 9/22/2023 | read and reviewed Defendant's expert report | .1 |
| 9/22/2023 | e-mail to client | .1 |
| 9/22/2023 | e-mail from client | .1 |
| 9/22/2023 | e-mail to client | .1 |
| 9/28/2023 | e-mail from McKinley | .1 |
| 9/28/2023 | e-mail from McKinley | .1 |
| 10/3/2023 | e-mail from Skolnik | .1 |
| 10/10/2023 | letter from Skolnik | .1 |
| 10/11/2023 | telephone call from McKinley | .2 |
| 10/12/2023 | e-mail from client | .1 |
| 1012/2023 | e-mail from McKinley | .1 |
| 10/13/2023 | e-mail to client | .1 |
| 10/17/2023 | e-mail from client | .1 |
| 10/17/2023 | e-mail from McKinley | .1 |
| 10/17/2023 | e-mail to McKinley | .1 |
| 10/18/2023 | telephone call to McKinley | .1 |
| 10/18/2023 | telephone call to Bradford | .1 |
| 10/19/2023 | e-mail from Skolnik | .1 |
| 10/19/2023 | telephone call to client | .1 |
| 10/19/023 | e-mail from client | .1 |
| 10/19/2023 | e-mail from Skolnik | .1 |
| 10/24/2023 | telephone call from Skolnik | .1 |
| 10/24/2023 | e-mail to client | .1 |
| 10/26/2023 | read and reviewed order setting status conference | .1 |
| 10/26/2023 | telephone call to client | .7 |
| 10/30/2023 | phone status conference | .3 |
| 10/30/2023 | telephone call from McKinley | .2 |

| | | |
|---|---|---|
| 10/31/2023 | read and reviewed order | .1 |
| 11/1/2023 | e-mail to McKinley | .1 |

| | | |
|---|---|---|
| Subtotal | | 5.6 |

**Efforts to Settle**

| | | |
|---|---|---|
| 11/30/2023 | e-mail from client | .1 |
| 11/30/2023 | e-mail from client | .1 |
| 12/1/2023 | e-mail from client | .1 |
| 12/5/2023 | e-mail from client | .1 |
| 12/5/2023 | e-mail from client | .1 |
| 12/7/2023 | telephone call from McKinley | .2 |
| 12/8/2023 | e-mail from McKinley | .1 |
| 12/8/2023 | e-mail from McKinley | .1 |
| 12/11/2023 | e-mail from Bradford | .1 |
| 12/12/2023 | e-mail from client | .1 |
| 12/22/2023 | e-mail from McKinley | .1 |
| 1/9/2024 | e-mail from McKinley | .1 |
| 1/9/2024 | telephone call from McKinley | .1 |
| 1/9/2024 | e-mail from McKinley | .1 |
| 1/9/2024 | e-mail from Skolnik | .1 |
| 1/9/2024 | e-mail from McKinley | .1 |
| 1/11/2024 | e-mail from Bradford | .1 |
| 1/12/2024 | e-mail from McCurry | .1 |
| 1/12/2024 | e-mail from McKinley | .1 |
| 1/12/2024 | e-mail from McKinley | .1 |
| 1/12/2024 | e-mail to McCurry | .1 |
| 1/16/2024 | e-mail from Skolnik | .1 |
| 1/16/2024 | e-mail from client | .1 |
| 1/17/2024 | e-mail from McKinley | .1 |

| | | |
|---|---|---|
| 1/17/2024 | e-mail from Bradford | .1 |
| 1/17/2024 | e-mail from McKinley | .1 |
| 1/17/2024 | e-mail to McKinley | .1 |
| 1/17/2024 | e-mail from McKinley | .1 |
| 1/18/2024 | e-mail from McKinley | .1 |
| 1/19/2024 | e-mail from Bradford | .1 |
| 1/22/2024 | conference with the Court | .2 |
| 1/22/2024 | e-mail from McKinley | .1 |
| 1/25/2024 | telephone call from McKinley | .1 |
| 1/25/2024 | conference with mag. Lloret | .1 |
| 1/25/2024 | conference with mag. Lloret | .2 |
| 2/8/2024 | e-mail from McKinley | .1 |
| 2/8/2024 | telephone call to McKinley | .2 |
| 2/8/2024 | e-mail from client | .1 |
| 2/12/2024 | e-mail from McKinley | .1 |
| 2/12/2024 | e-mail from McKinley | .1 |
| 2/19/2024 | telephone call from McKinley | .3 |

| | | |
|---|---|---|
| Subtotal | | 4.7 |

**Miscellaneous**

| | | |
|---|---|---|
| 3/1/2024 | e-mail from McKinley | .1 |
| 3/1/2024 | e-mail from Bradford | .1 |
| 3/12/2024 | e-mail from McKinley | .1 |
| 3/13/2024 | e-mail from McKinley | .1 |
| 3/13/2024 | e-mail from Bradford | .1 |
| 3/15/2024 | telephone call from McKinley | .1 |
| 3/19/2024 | e-mail from McKinley | .1 |
| 3/22/2024 | telephone call from McKinley | .2 |
| 3/27/2024 | telephone call from McKinley | .2 |

| Date | Description | Hours |
|---|---|---|
| 3/27/2024 | read and reviewed order and opinion on parties' MSJ | .2 |
| 3/27/2024 | telephone call from McKinley | .3 |
| 4/1/2024 | read and reviewed addendum to MSJ order | .1 |
| 4/1/2024 | e-mail from McKinley | .1 |
| 4/1/2024 | e-mail to McKinley | .1 |
| 4/2/2024 | read and reviewed order re phone conference on 4-24 | .1 |
| 4/9/2024 | e-mail from McCurry | .1 |
| 4/9/2024 | e-mail from McKinley | .1 |
| 4/9/2024 | e-mail from Skolnik | .1 |
| 4/9/2024 | e-mail from Bradford | .1 |

| | | |
|---|---|---|
| Subtotal | | 2.4 |

**Economic Issues of Relief**

| Date | Description | Hours |
|---|---|---|
| 4/23/2024 | e-mail from McKinley | .1 |
| 4/23/2024 | e-mail from Bradford | .1 |
| 4/23/2024 | telephone call from Mckinley | .7 |
| 4/25/2024 | e-mail from Crossley | .1 |
| 4/25/2024 | e-mail from Skolnik | .1 |
| 4/26/2024 | conference with the court | .3 |
| 4/26/2024 | e-mail from McKinley | .1 |
| 4/29/2024 | read and reviewed order re KU providing back pay information | .1 |
| 5/10/2024 | e-mail from Bradford | .1 |
| 5/15/2024 | telephone call from McKinley | .2 |
| 5/15/2024 | e-mail from McKinley | .1 |
| 5/15/2024 | e-mail from Gardner | .1 |
| 6/4/2024 | e-mail from McKinley | .1 |
| 6/5/2024 | telephone call to Mckinley | .1 |
| 6/5/2024 | read and reviewed order setting date for submitting status report | .1 |
| 6/6/2024 | read and reviewed order transferring case to Mag. Straw | .1 |

| 6/6/2024 | e-mail from McKinley | .1 |
|---|---|---|
| 6/11/2024 | e-mail from client | .1 |
| 6/11/2024 | e-mail from client | .1 |
| 6/13/2024 | drafting attorney affidavit for fee petition | .9 |
| 7/8/2024 | e-mail from McKinley | .1 |
| 7/8/2024 | e-mail from McKinley | .1 |
| 7/9/2024 | e-mail from McKinley | .1 |
| 7/10/2024 | e-mail from client | .1 |
| 7/10/2024 | e-mail from McKinley | .1 |
| 7/10/2024 | e-mail from McKinley | .1 |

| Subtotal | | 4.3 |
|---|---|---|

**Miscellaneous**

| 7/11/2024 | e-mail to McKinley | .1 |
|---|---|---|
| 7/11/2024 | e-mail from McKinley | .1 |
| 7/29/2024 | e-mail from McKinley | .1 |
| 7/30/2024 | e-mail from McKinley | .1 |
| 7/30/2024 | read and reviewed order regarding plaintiff's second motion for preliminary injunction | .1 |

| Subtotal | | .5 |
|---|---|---|

**Motion for Final Order**

| 9/8/2024 | e-mail to McKinley | .1 |
|---|---|---|
| 9/9/2024 | e-mail from McKinley | .1 |
| 9/9/2024 | e-mail from McKinley | .1 |
| 9/10/2024 | e-mail from client | .1 |
| 9/10/2024 | e-mail from McKinley | .1 |
| 9/10/2024 | e-mail to McKinley | .1 |
| 9/10/2024 | e-mail from McKinley | .1 |

| Date | Description | Hours |
|------|-------------|-------|
| 9/19/2024 | e-mail from client | .1 |
| 9/20/2024 | e-mail from client | .1 |
| 10/11/2024 | e-mail from client | .1 |

| | | |
|------|-------------|-------|
| Subtotal | | 1.0 |

**Drafting of Final Order Reply Brief**

| Date | Description | Hours |
|------|-------------|-------|
| 10/25/2024 | revisions to first section of reply brief re motion for final order | .3 |
| 10/25/2024 | e-mail from McKinley | .1 |
| 10/26/2024 | e-mail from McKinley | .1 |
| 10/27/2024 | e-mail from McKinley | .1 |
| 10/28/2024 | e-mail from client | .1 |
| 10/28/2024 | e-mail to McKinley | .1 |
| 10/28/2024 | e-mail from McKinley | .1 |
| 10/31/2024 | e-mail from client | .1 |
| 11/7/2024 | e-mail from client | .1 |
| 1/21/2025 | read and reviewed final order | .1 |

| | | |
|------|-------------|-------|
| Subtotal | | 1.2 |

**Drafting Fee Petition**

| Date | Description | Hours |
|------|-------------|-------|
| 2/3/2025 | e-mail from McKinley | .1 |
| 2/3/2025 | review of time sheets | .7 |
| 2/3/2025 | e-mail to McKinley | .1 |

| | | |
|------|-------------|-------|
| Subtotal | | .9 |

| | | |
|------|-------------|-------|
| Grand Total | | 143.2 |