- Center City Office: 1424 Chestnut St. Phila, PA 19102
- North Philadelphia Law Center: 1410 W. Erie Avenue Phila, PA 19140
- Center City Office: 1424 Chestnut St. Phila, PA 19102
- North Philadelphia Law Center: 1410 W. Erie Avenue Phila, PA 19140
- Center City Office: 1424 Chestnut St. Phila, PA 19102
- North Philadelphia Law Center: 1410 W. Erie Avenue Phila, PA 19140
- Center City Office: 1424 Chestnut St. Phila, PA 19102
- North Philadelphia Law Center: 1410 W. Erie Avenue Phila, PA 19140

☐ SEARCH

☐ **HOME**    ☐ **SERVICES**

☐ **SPECIAL PROJECTS**    HIDE MY VISIT    DONATE

☐ **NEWS & ISSUES**    ☐ **ABOUT**

# ATTORNEY FEES

Home    About CLS    Attorney Fees

## EXPLANATORY NOTICE TO THE PUBLIC

CLS never charges attorney's fees to its clients, although in some cases clients are asked to pay for court filing fees or other out of pocket expenses.

The attached chart lists the fee schedule used by CLS only in cases in which the law allows for the award of attorney's fees from opposing parties in order to compensate CLS for the legal services provided to its clients.

RANGE OF HOURLY RATES*, Effective January 19, 2023

| | |
|---|---|
| Attorneys post-law school experience under 2 years | $235-260 |
| Attorneys 2-5 year's experience | $265-315 |
| Attorneys 6-10 year's experience | $320-415 |
| Attorneys 11-15 year's experience | $420-525 |
| Attorneys 16-20 year's experience | $535-625 |
| Attorneys 21-25 year's experience | $630-715 |
| Attorneys more than 25 year's experience | $735-850 |
| Law Students | $140-190 |
| Paralegal 1-10 years experience | $190-240 |
| Senior and Supervisory Paralegal | $245-285 |

*These rates do not reflect any adjustment for contingency, and are based on Philadelphia law firm market survey data and increases in the Consumer Price Index.

**THESE FEES ARE NOT CHARGED TO CLS CLIENTS. SEE NOTICE ABOVE.**