AO 133 (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| v. | ) | Case No.: |
|  | ) |  |
|  | ) |  |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
                                                              *Date*

the Clerk is requested to tax the following as costs:

Fees of the Clerk ................................................................ $_____

Fees for service of summons and subpoena .............................................. _____

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... _____

Fees and disbursements for printing ................................................. _____

Fees for witnesses *(itemize on page two)* ............................................. _____

Fees for exemplification and the costs of making copies of any materials where the copies are
necessarily obtained for use in the case. ............................................... _____

Docket fees under 28 U.S.C. § 1923 .................................................. _____

Costs as shown on Mandate of Court of Appeals ........................................ _____

Compensation of court-appointed experts .............................................. _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 .... _____

Other costs *(please itemize)* ........................................................ _____

                                                                  TOTAL  $_____

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☐ Electronic service     ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____                                              Date: _____
     *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____  By: _____  _____
*Clerk of Court*              *Deputy Clerk*               *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees) ||||||||
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || TRAVEL || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:
    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print     Save As...     Reset

# TRANSCRIPTS PLUS, INC

435 Riverview Circle
New Hope, Pennsylvania 18938
215-862-1115
CourtTranscripts@aol.com



McKinley & Ryan LLC
238 W. Miner Street
West Chester, PA 19382-2918

ATTN:  Lorrie McKinley, Esq.

# INVOICE

Invoice No.  2022-174

Date:   9/27/2022

| Transcript Type | Case Name: | Pages | Rate | Amount |
|---|---|---|---|---|
| Ordinary Transcript<br>Less Deposit<br>Refund on Deposit | Gardner v. Kutztown University, et al.<br>Case No. 5:22-cv-01034-JLS<br>Presided by: Hon. Jeffrey L. Schmehl<br>Date of Hearing:  August 18, 2022<br>Deposit Check No. 5651 ($164.25)<br>Check No. 2284 ($43.80) | 33 | 3.65<br>-164.25<br>43.80 | 120.45<br>-164.25<br>43.80 |

Total 208.45

| | TOTAL DUE: | $0.00 |
|---|---|---|

**PAYMENT IS DUE UPON RECEIPT OF COMPLETED TRANSCRIPT**

Tax Payer ID No. 26-4389258
Duns No. 017190161

I certify the transcript fees charged and page format used comply with the requirements of this Court and the Judicial Conference of the United States

/s/ Karen Hartmann            Date:  September 27, 2022
Karen Hartmann

# Kaplan Leaman & Wolfe Court Reporters

**Invoice**

230 South Broad Street
Suite 1303
Philadelphia, PA 19102
Phone: (877) 559-3376    Fax: (215) 922-1950

| Invoice Date | Invoice # |
|---|---|
| Monday, October 24, 2022 | 17798 |

Lorrie McKinley
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Phone:   (610) 436-6060    Fax:   (610) 436-6804

| | |
|---|---|
| Witness: | Alexis Martin |
| Case: | Carolyn Gardner vs. Kutztown University |
| Venue: | |
| Case #: | |
| Date: | 9/30/2022 |
| Start Time: | 10:30 AM |
| End Time: | :0 |
| Reporter: | rna, Kelli Jastrzembski |
| Claim #: | |
| File #: | 113220dmh |

| Description | Quan | Total |
|---|---|---|
| Original and One Copy | 69 | $251.85 |
| Sub Total | | $251.85 |
| Payments | | $0.00 |
| Balance Due | | $251.85 |

*We appreciate your business!*

Fed. I.D. # 45-5337944
*We appreciate your business!*

## Kaplan Leaman & Wolfe Court Reporters                                   Invoice

230 South Broad Street
Suite 1303
Philadelphia, PA 19102
Phone: (877) 559-3376       Fax: (215) 922-1950

| Invoice Date | Invoice # |
|---|---|
| Wednesday, November 16, 2022 | 18173 |

Lorrie McKinley
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Phone:   (610) 436-6060     Fax:   (610) 436-6804

**Witness:** Dr. Anne Carroll
**Case:** Carolyn Gardner vs. Kutztown University
**Venue:**
**Case #:**
**Date:** 10/27/2022
**Start Time:** 10:30 AM
**End Time:** : 0
**Reporter:** vice, Kelli Jastrzembski
**Claim #:**
**File #:** 113490dmh

| Description | Quan | Total |
|---|---|---|
| Original and One Copy | 111 | $360.75 |
| Appearance Fee | 1 | $50.00 |
| Sub Total | | $410.75 |
| Payments | | $0.00 |
| Balance Due | | $410.75 |

*We appreciate your business!*

Fed. I.D. # 45-5337944
*We appreciate your business!*

## Kaplan Leaman & Wolfe Court Reporters                               Invoice

230 South Broad Street
Suite 1303
Philadelphia, PA 19102
Phone: (877) 559-3376        Fax: (215) 922-1950

| Invoice Date | Invoice # |
|---|---|
| Wednesday, December 7, 2022 | 18550 |

Lorrie McKinley
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Phone:   (610) 436-6060     Fax:   (610) 436-6804

**Witness:** Dr. Gary Chao
**Case:** Carolyn Gardner vs. Kutztown University
**Venue:**
**Case #:**
**Date:** 11/22/2022
**Start Time:** 10:30 AM
**End Time:** : 0
**Reporter:** ford, Kelli Jastrzembski
**Claim #:**
**File #:**                                                                 113680dmh

| Description | Quan | Total |
|---|---|---|
| Minimum Fee - Original and One Copy | 1 | $225.00 |
| Sub Total | | $225.00 |
| Payments | | $0.00 |
| Balance Due | | $225.00 |

*We appreciate your business!*

Fed. I.D. # 45-5337944
*We appreciate your business!*

## Kaplan Leaman & Wolfe Court Reporters

**Invoice**

230 South Broad Street
Suite 1303
Philadelphia, PA 19102
Phone: (877) 559-3376    Fax: (215) 922-1950

| Invoice Date | Invoice # |
|---|---|
| Friday, December 9, 2022 | 18641 |

Lorrie McKinley
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Phone:   (610) 436-6060   Fax:   (610) 436-6804

| | |
|---|---|
| **Witness:** | McKenzie Hollenbach |
| **Case:** | Carolyn Gardner vs. Kutztown University |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 12/1/2022 |
| **Start Time:** | 2:00 PM |
| **End Time:** | : 0 |
| **Reporter:** | ardi, Kelli Jastrzembski |
| **Claim #:** | |
| **File #:** | 113681dmh |

| Description | Quan | Total |
|---|---|---|
| Original and One Copy | 74 | $240.50 |
| Sub Total | | $240.50 |
| Payments | | $0.00 |
| Balance Due | | $240.50 |

*We appreciate your business!*

Fed. I.D. # 45-5337944
*We appreciate your business!*

## Kaplan Leaman & Wolfe Court Reporters

Invoice

230 South Broad Street
Suite 1303
Philadelphia, PA 19102
Phone: (877) 559-3376   Fax: (215) 922-1950

| Invoice Date | Invoice # |
|---|---|
| Friday, January 13, 2023 | 19074 |

Lorrie McKinley
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Phone:  (610) 436-6060   Fax:   (610) 436-6804

| | |
|---|---|
| Witness: | Dr. Lorin Basden-Arnold |
| Case: | Carolyn Gardner vs. Kutztown University |
| Venue: | |
| Case #: | |
| Date: | 12/22/2022 |
| Start Time: | 1:30 PM |
| End Time: | : 0 |
| Reporter: | atto, Kelli Jastrzembski |
| Claim #: | |
| File #: | 113489dmh |

| Description | Quan | Total |
|---|---|---|
| Original and One Copy | 117 | $409.50 |
| | Sub Total | $409.50 |
| | Payments | $0.00 |
| | Balance Due | $409.50 |

*We appreciate your business!*

Fed. I.D. # 45-5337944
*We appreciate your business!*

## Kaplan Leaman & Wolfe Court Reporters

**Invoice**

230 South Broad Street
Suite 1303
Philadelphia, PA 19102
Phone: (877) 559-3376       Fax: (215) 922-1950

| Invoice Date | Invoice # |
|---|---|
| Tuesday, February 7, 2023 | 19539 |

Lorrie McKinley
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Phone: (610) 436-6060   Fax: (610) 436-6804

| Field | Value |
|---|---|
| Witness: | Jennifer Weidman |
| Case: | Carolyn Gardner vs. Kutztown University |
| Venue: | |
| Case #: | |
| Date: | 1/23/2023 |
| Start Time: | 10:30 AM |
| End Time: | :0 |
| Reporter: | tner, Kelli Jastrzembski |
| Claim #: | |
| File #: | 114047dmh |

| Description | Quan | Total |
|---|---|---|
| Original and One Copy | 141 | $493.50 |
| Sub Total | | $493.50 |
| Payments | | $0.00 |
| Balance Due | | $493.50 |

*We appreciate your business!*

Fed. I.D. # 45-5337944
*We appreciate your business!*

# INVOICE

1 of 1



**NETWORK DEPOSITION SERVICES**

*Discovery to Verdict. One Reliable Source.*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 129539 | 2/20/2023 | 87754 |
| **Job Date** | **Case No.** | |
| 1/31/2023 | 22-1034 | |
| **Case Name** | | |
| Carolyn Gardner v. Kutztown University, et al | | |
| **Payment Terms** | | |
| Net 30 | | |

Lorrie McKinley
McKinley & Ryan
238 West Miner Street
West Chester, PA 19103

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Rajiv Shah, MD                                                                              347.90
    Exhibits Scanned and Uploaded          6.00  Pages   @   0.300       1.80
    Email Etran/ASCII/PDF                  1.00          @   20.000     20.00

                                           TOTAL DUE >>>              $369.70

Thank you for your business!

We accept most major credit cards, subject to a 3% convenience fee.

Please note: Payment is not contingent on client reimbursement.

**Tax ID:** 02-0680493

*Please detach bottom portion and return with payment.*

Lorrie McKinley
McKinley & Ryan
238 West Miner Street
West Chester, PA 19103

Invoice No.   : 129539
Invoice Date  : 2/20/2023
**Total Due** : **$369.70**

Remit To: **Network Deposition Services
Suite 1101 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219**

Job No.    : 87754
BU ID      : Pittsburgh
Case No.   : 22-1034
Case Name  : Carolyn Gardner v. Kutztown University, et al

## Kaplan Leaman & Wolfe Court Reporters

**Invoice**

230 South Broad Street
Suite 1303
Philadelphia, PA 19102
Phone: (877) 559-3376     Fax: (215) 922-1950

| Invoice Date | Invoice # |
|---|---|
| Thursday, February 2, 2023 | 19423 |

Lorrie McKinley
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Phone:  (610) 436-6060    Fax:  (610) 436-6804

| | |
|---|---|
| **Witness:** | Jesus Pena |
| **Case:** | Carolyn Gardner vs. Kutztown University |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 1/24/2023 |
| **Start Time:** | 10:30 AM |
| **End Time:** | : 0 |
| **Reporter:** | vice, Kelli Jastrzembski |
| **Claim #:** | |
| **File #:** | *114048dmh* |

| Description | Quan | Total |
|---|---|---|
| Original and One Copy | 73 | $255.50 |
| Appearance Fee | 1 | $50.00 |
| | Sub Total | $305.50 |
| | Payments | $0.00 |
| | Balance Due | $305.50 |

*We appreciate your business!*

Fed. I.D. # 45-5337944
*We appreciate your business!*

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 30545 | 2/27/2023 | 28994 |
| Job Date | Case No. | |
| 2/9/2023 | 22-1034 | |
| Case Name | | |
| Carolyn Gardner v Kutztown University, et al | | |
| Payment Terms | | |
| Net 30 | | |

Lorrie McKinley, Esq.
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Carolyn Gardner                                                                                     1,010.15
    Production Fee                1.00  Flat Fee  @  150.000       150.00

**TOTAL DUE >>>**                                    **$1,160.15**

Location of Job : ZOOM

---

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Lorrie McKinley, Esq.
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Job No.   : 28994         BU ID   : 1-MAIN
Case No.  : 22-1034
Case Name : Carolyn Gardner v Kutztown University, et al

Invoice No. : 30545         Invoice Date : 2/27/2023
**Total Due** : **$1,160.15**

Remit To: **LEXITAS**
        **PO Box 734298 Dept 2032**
        **Dallas, TX 75373**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# Kaplan Leaman & Wolfe Court Reporters

**Invoice**

230 South Broad Street
Suite 1303
Philadelphia, PA 19102
Phone: (877) 559-3376    Fax: (215) 922-1950

| Invoice Date | Invoice # |
|---|---|
| Tuesday, March 7, 2023 | 20040 |

Lorrie McKinley
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Phone:   (610) 436-6060    Fax:   (610) 436-6804

**Witness:** Dr. Kenneth Hawkinson
**Case:** Carolyn Gardner vs. Kutztown University
**Venue:**
**Case #:**
**Date:** 2/24/2023
**Start Time:** 1:00 PM
**End Time:** :0
**Reporter:** orto, Kelli Jastrzembski
**Claim #:**
**File #:** 5669JMW

| Description | Quan | Total |
|---|---|---|
| Original and One Copy | 142 | $497.00 |
| Appearance Fee | 1 | $50.00 |
| Sub Total | | $547.00 |
| Payments | | $0.00 |
| Balance Due | | $547.00 |

*We appreciate your business!*

Fed. I.D. # 45-5337944
*We appreciate your business!*