IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLYN GARDNER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-1034 |
| | : | |
| KUTZTOWN UNIVERSITY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEAL

NOTICE is hereby given that Defendants, Kutztown University, President Kenneth S. Hawkinson, Jesus Peña, and Jennifer Weidman, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order [ECF 80] and Addendum [ECF 81] entered on March 27, 2024, and April 1, 2024, respectively, denying the Defendants' Cross-Motion for Summary Judgment, and the subsequent final judgment entered January 12, 2025 [ECF 100], which is a final decision for purposes of 28 U.S.C. § 1291. Defendants appeal this final judgment, as well as all orders and judgments subsumed therein.

Respectfully submitted,

DAVID W. SUNDAY, JR.
Attorney General

Date: February 19, 2025            By:   */s/ Matthew Skolnik*
                                          Matthew Skolnik
OFFICE OF ATTORNEY GENERAL                Senior Deputy Attorney General
1600 Arch Street, Suite 300               Attorney ID No. 89423
Philadelphia, PA 19103
Phone: (215) 560-2136                     Kevin Bradford
Fax:    (717) 772-4526                    Senior Deputy Attorney General
mskolnik@attorneygeneral.gov              Attorney ID No. 88576
kbradford@attorneygeneral.gov
                                          Nicole R. DiTomo
                                          Chief Deputy Attorney General
                                          Civil Litigation Section

                                          *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I, Matthew Skolnik, hereby certify that the foregoing Defendants' Notice of Appeal has been filed electronically on this date and is available for viewing and downloading from the Court's Electronic Case Filing system by all counsel of record.

Date: February 19, 2025        By:   */s/ Matthew Skolnik*

                                                  Matthew Skolnik
                                                Senior Deputy Attorney General