IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLYN GARDNER | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| | : | NO. 22-1034 |
| v. | : | |
| | : | |
| KUTZTOWN UNIVERSITY, *et al.* | : | |

NOTICE OF CROSS-APPEAL

Pursuant to Federal Appellate Rule of Procedure 4 (a)(3), notice is hereby given that Plaintiff Carolyn Gardner, through her undersigned counsel, hereby cross-appeals to the United States Court of Appeals for the Third Circuit from the March 27, 2024 Order by the district court dismissing her Section 1983 claims against the individual defendants in Counts VIII, XI and Count XII. ECF Doc. 80.

Respectfully submitted,

By: *Lorrie McKinley*
**LORRIE MCKINLEY**
Attorney Identification No. 41211

**MCKINLEY & RYAN, LLC**
238 West Miner Street
West Chester, PA 19382
(610) 436-6060

**RALPH E. LAMAR**
4728 Hamilton Blvd.
Allentown, PA 18103
(610) 563-0726

DATE: February 20, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on this date, February 20, 2025, a true and correct copy of the foregoing Plaintiff's Notice of Cross-Appeal was served upon counsel by way of the Court's ECF system as follows:

**Kevin Bradford, Esquire**
Senior Deputy Attorney General

**Matthew Skolnik, Esquire**
Senior Deputy Attorney General

**Pennsylvania Office of Attorney General**
Eastern Regional Office, Civil Litigation Section
1600 Arch Street, Suite 300
Philadelphia, PA 19103

_____
LORRIE McKINLEY, ESQUIRE